Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **60 91st Street Corp.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **13-3786454** |

**4.  Debtor's address**

**Principal place of business**

**60 West 91st Street
New York, NY 10024**
Number, Street, City, State & ZIP Code

**New York**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.  Debtor's website (URL)**

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____



Debtor    **60 91st Street Corp.**                                                    Case number (*if known*) _____
Name

**7. Describe debtor's business**    **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor   **60 91st Street Corp.**                              Case number (*if known*) _____
    Name

**11. Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*) _____

Debtor    **60 91st Street Corp.**
_____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2020**
_____
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Kim Mortimer**
_____
Printed name

Title    **President**
_____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **February 1, 2020**
_____
MM / DD / YYYY

**Julio E. Portilla**
Printed name

**Law Office of Julio E. Portilla, P.C.**
Firm name

**555 Fifth Avenue**
**17th Floor**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 365-0292**       Email address   **jp@julioportillalaw.com**

**4498093 NY**
Bar number and State

Fill in this information to identify the case:

Debtor name    **60 91st Street Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*..................................................................................    $    8,900,000

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*...............................................................................    $    19,875.00

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*..................................................................................    $    8,919,875

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $    2,691,415.40

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................    $    0.00

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +$    11,000.00

4.   **Total liabilities** ...............................................................................................................................
  Lines 2 + 3a + 3b    $    2,702,415.40

Fill in this information to identify the case:

Debtor name __60 91st Street Corp.__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **2386 Hempstead, Inc., c/o** | | |
|---|---|---|---|

Creditor's Name

**Wolinsky Law Group, PC**
**160-02 Remington Blvd**
**Ronkonkoma, NY 11779**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**60 West 91st Street, New York, NY 10024**
**(Block 1204, Lot 54)**

Amount of claim: **$2,691,415.40**

Value of collateral: **8,900,000**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$2,691,415.40**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 60 91st Street Corp. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Approved Oil 6717 4th Avenue Brooklyn, NY 11220 | | | Disputed | | | $1,000.00 |
| Consolidated Edison Company of New York 4 Irving Place New York, NY 10003 | | | Disputed | | | $10,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19114 | | | | | | $0.00 |
| New York City Department of Housing and Dev. 100 Church Street New York, NY 10007 | | | | | | $0.00 |
| New York City Water Board 59-17 Junction Boulevard Elmhurst, NY 11373 | | | | | | $0.00 |
| New York State Department of Taxation and Finance Po Box 5149 Albany, NY 12205 | | | | | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **60 91st Street Corp.**                                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYC Department of Finance 59 Maiden Lane New York, NY 10038 | | | | | | $0.00 |
| NYC Enviromental Control Board 100 Church Street, 4th Fl New York, NY 10007 | | | | | | $0.00 |
| NYC Fire Department Po Box 25108 Brooklyn, NY 11202 | | | | | | $0.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

**Fill in this information to identify the case:**

Debtor name **60 91st Street Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking** | 2689 | **$3,000.00** |

4.    Other cash equivalents *(Identify all)*

| 5. | Total of Part 1. | | $3,000.00 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **4,875.00** − | **0.00** = .... | **$4,875.00** |
| | | face amount | doubtful or uncollectible accounts | |

---

Debtor    **60 91st Street Corp.**    Case number *(if known)* _____
                   Name

| | |
|---|---|
| 12. **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$4,875.00** |

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>(2) Desks; (1) copier; (1) printer; (6) phones; (5) computers and various offcie supplies | $0.00 | | $2,000.00 |
| 42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | |
|---|---|
| 43.    **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$2,000.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    __60 91st Street Corp._____    Case number *(if known)* _____
          Name

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** Aircraft and accessories | | | |
| **50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment) (1) Boiler; (2) fuel tanks | $0.00 | | $10,000.00 |

**51.** Total of Part 8.                                    | $10,000.00 |
Add lines 47 through 50. Copy the total to line 87.

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
   ■ No
   ☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.** 60 West 91st Street, New York, NY 10024 (Block 1204, Lot 54) | Fee simple | Unknown | N/A | 8,900,000 |

**56.    Total of Part 9.**                                    | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

Debtor    __60 91st Street Corp._____    Case number *(If known)* _____
              Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **60 91st Street Corp.**    Case number *(if known)*
Name

**Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| | | |
|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $3,000.00 |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $4,875.00 |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 |
| 84. | Inventory. *Copy line 23, Part 5.* | $0.00 |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $2,000.00 |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $10,000.00 |
| 88. | Real property. *Copy line 56, Part 9.* .................................................................> | 8,900,000 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 |
| 90. | All other assets. *Copy line 78, Part 11.*  + | $0.00 |
| 91. | **Total.** Add lines 80 through 90 for each column | $19,875.00    + 91b. |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | 8,919,875 |

Fill in this information to identify the case:

Debtor name __60 91st Street Corp.__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**New York City Department**<br>**of Housing and Dev.**<br>**100 Church Street**<br>**New York, NY 10007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor    **60 91st Street Corp.**                                    Case number (if known) _____
       Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**2.3** Priority creditor's name and mailing address
**New York State Department of Taxation and Finance**
**Po Box 5149**
**Albany, NY 12205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**NYC Department of Finance**
**59 Maiden Lane**
**New York, NY 10038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**NYC Enviromental Control Board**
**100 Church Street, 4th Fl**
**New York, NY 10007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
**NYC Fire Department**
**Po Box 25108**
**Brooklyn, NY 11202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **60 91st Street Corp.**                                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Approved Oil**
**6717 4th Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Consolidated Edison Company**
**of New York**
**4 Irving Place**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**New York City Water Board**
**59-17 Junction Boulevard**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 11,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 11,000.00 |

**Fill in this information to identify the case:**

Debtor name __60 91st Street Corp.__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**60 91st Street Corp.**_____

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    __60 91st Street Corp.__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February 1, 2020__     X _____
                                     Signature of individual serving on behalf of debtor

                                     **Kim Mortimer**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **60 91st Street Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  1/01/2020 to **Filing Date** | ■ Operating a business ☐ Other _____ | $4,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

Debtor    **60 91st Street Corp.**                                    Case number *(if known)* _____

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **2386 Hempstead, Inc. v. 60-91st Street Corp, 850274/2017** | | **Supreme Court New York County** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page 2

Debtor   **60 91st Street Corp.**                                    Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Office of Julio E. Portilla, P.C.**<br>**555 Fifth Avenue**<br>**17th Floor**<br>**New York, NY 10017** | Attorney Fees | **12/2019** | **$7,500.00** |
| Email or website address<br>jp@julioportillalaw.com | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor   60 91st Street Corp. _____   Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **60 91st Street Corp.**                                              Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **60 91st Street Corp.**                                                                    Case number *(if known)* _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kim Mortimer | 60 West 91st Street New York, NY 10024 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **60 91st Street Corp.**    Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2020**

_____    **Kim Mortimer**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**    _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re __60 91st Street Corp.__ _____  Case No. _____

Debtor(s)  Chapter __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 1, 2020** _____    Signature _____

Kim Mortimer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re    **60 91st Street Corp.**                                                          Case No. _____
                                        Debtor(s)                    Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to
the best of my knowledge.

Date:    **February 1, 2020**                                     _____
                                                                 **Kim Mortimer/President**
                                                                 Signer/Title

# United States Bankruptcy Court
## Southern District of New York

In re   60 91st Street Corp.

_____
Debtor(s)

Case No. _____
Chapter   11   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   60 91st Street Corp.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Dated:   2.3.2020

By: _____

**Signature of debtor**

February 1, 2020
Date

~~Julio E. Portilla~~
Signature of Attorney or Litigant
Counsel for   ~~60 91st Street Corp.~~
~~Law Office of Julio E. Portilla, P.C.~~
~~555 Fifth Avenue~~
~~17th Floor~~
~~New York, NY 10017~~
~~(212) 365-0292 Fax:(212) 365-4417~~
jp@julioportillalaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

60 91ST STREET CORP.

Debtor(s)

Chapter 11

Case No.:

## DECLARATION OF KIM MORTIMER PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES FOR THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. § 1746, I, **KIM MORTIMER**, hereby declares as follows under the penalty perjury:

1.      I am the President of 60 91st Street Corp. (the "Debtor"), a domestic corporation duly organized under the laws of the State of New York.  In this role, I have become familiar with the Debtor's day-to-day operations, businesses, financial affairs and books and records.

2.   The Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") on February 3, 2020 (the "***Petition Date***").  There is no other or prior bankruptcy case filed by or against the Debtor. There has not been a committee of unsecured creditors organized prior to the order for relief in the Debtor's Chapter 11 case.

3.   This Declaration is submitted pursuant to rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York (the "***Local Rules***"), and I am authorized to submit it on behalf of the Debtor.

4.   A copy of the Debtor's Corporate Resolution authorizing the Chapter 11 was filed with the Debtor's voluntary Chapter 11 petition.  Unless otherwise indicated, all financial information contained herein is presented on an estimated and unaudited basis.

5.   The Debtor is a domestic corporation organized under the Laws of the State of New York. The purpose for which the Debtor was, and continues to be, formed was for

Real Estate purposes only.  The activities of the Debtor include residential leasing and servicing nine (9) apartments.

6.   The Debtor owns the building (the "Building") and premises situated at 60 West 91st St, New York, NY 10024.

7.   The Debtor's immediate need for relief in this Court stems from a foreclosure action styled as *2386 Hempstead, Inc. v. 60-91st Street Corp*, Index No.: 850274/2017 that was commenced to foreclose a consolidated mortgage that encumbers the subject Building, and that was given as security  to 2386 Hempstead, Inc ("2386 Hempstead") in connection with a promissory note in the principal amount of ONE MILLION SEVEN HUNDRED THOUSAND ($1,700,000.00).  A Judgment of Foreclosure and Sale was entered on December 9, 2019 in favor of 2386 Hempstead, Inc.

8.   Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "A"** is a list containing the names of the holders of the Debtor's five (5) largest secured claims.

9.   Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "B"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

10. The Debtor does not have any publicly held shares, debentures, or other securities.

11. The only principal of the Debtor is Kim Mortimer.

12. The Debtor expects to collect receivables to fund its operations.  The Debtor intends to continue in operation and propose a plan of reorganization, which treats all creditors in a fair and equitable manner consistent with the provisions of the Bankruptcy Code.

13. The Debtor reserves the right to amend the within affidavit according to applicable case law, code provisions and rules.

I swear under the penalty of perjury that the foregoing is true and accurate.

Dated: January 22, 2020
    New York, NY

_____
KIM MORTIMER
President

**State of New York**
**County of New York**

Sworn to before me on this
4th day of ~~January 2020~~ February, 2020

_____
NOTARY

PAULA ORTEGA
Notary Public, State of New York
Reg. No. 03OR6355762
Qualified in New York County
Commission Expires March 13, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          Chapter 11

60 91ST STREET CORP.                                            Case No.:
                              Debtor(s)

## LIST OF THE CREDITORS HOLDING THE 5 LARGEST SECURED CLAIMS

*Following is a list of the debtor's creditors holding the 5 largest secured claims.  The list is prepared in accordance with Rule 1007-2(a)(5) of the Local Rules of this Court for the filing in this Chapter 11 Case.*

1.     2386 Hempstead, Inc
       c/o The Wolinsky Law Group, PC
       160-02 Remington Boulevard
       Ronkonkoma, NY 111779

# NOTICE OF SALE

SUPREME COURT: NEW YORK  COUNTY: 2386 HEMPSTEAD, INC., (Plaintiff) -against 60 91st STREET, CORP. (Defendant) Index No. 850274/2017.  Pursuant to the judgment of foreclosure and sale dated August November 21, 2019 and entered December 9, 2019, I will sell at Public Auction in Room 130 Supreme Court, 60 Centre Street, New York, NY, on Wednesday February 5, 2020,  at 2:15 P.M., the premises commonly known as 60 West 91st Street, New York, NY 10024 Said property more fully described on Schedule A set forth below.

The approximate amount of the judgment is $ 2,691,415.40 plus, disbursements, costs and interest.  Said premises shall be sold subject to the terms and conditions of the filed judgment and terms of sale.

Dated: Ronkonkoma, New York
December 19, 2019

THOMAS KLEINBERGER, Referee
THE WOLINSKY LAW GROUP, PC
Attorneys for Plaintiff
160-02 Remington Boulevard
Ronkonkoma, NY 11779
(631) 588-2900

## SCHEDULE A
## DESCRIPTION OF MORTGAGED PREMISES

Block 1204 Lot 54

ALL that certain plot,  piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the borough of Manhattan, City and County of New York, in the State of New York, bounded and described as follows:

BEGINNING at a point on the southerly line of Ninety First Street opposite of the center of a party wall which point is distant two hundred and forty one feet easterly from the corner formed by the intersection of the Southerly line of Ninety First Street with the easterly line of Columbus ( formerly Ninth) avenue;

RUNNING THENCE southerly parallel with Columbus (formerly Ninth) Avenue and partly through said party wall, one hundred feet eight and one half inches to the center liner of the block between Ninetieth and ninety first streets;

THENCE easterly along the center line of the block; twenty feet to the point opposite the center of another party wall;

THENCE northerly parallel with Columbus ( formerly Ninth) Avenue and partly through the said last mentioned party wall, one hundred feet, eight and one half inches to the southerly line of ninety-first Street and thence westerly along the Southerly side of Ninety First Street twenty feet to the point of place of BEGINNING.

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

Pursuant to 28 U.S.C. §1746, I, Kim Mortimer, President of 60 91st Street Corp, the debtor herein, declare under penalty of perjury that I have read the foregoing list of creditors holding the largest secured claims and that it is true and correct to the best of my information and belief.

Dated: New York, NY
       January 22, 2020

                                    Kim Mortimer
                                    President

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                           Chapter 11

60 91ST STREET CORP.                                             Case No.:
                        Debtor(s)

60 91st STREET CORP.
**SUMMARY OF ASSETS AND LIABILITIES**

**Assets**

Property:                                    $ 8,900,000.00
The building and premises
situated at 60 West 91st St.
New York, NY 10024

**Total Assets:**

| Secured Claims | Liabilities |
|---|---|
| 2386 Hempstead, Inc<br>c/o The Wolinsky Law Group, PC<br>160-02 Remington Boulevard<br>Ronkonkoma, NY 111779 | $2,691,415.40 *(disputed)* |
| Con Edison<br>One Irving Plaza<br>New York, NY 10004 | $10,000.00 *(disputed)* |
| Approved Oil<br>6717 4th Avenue<br>Brooklyn, NY 11220 | $1,000.00 *(disputed)* |
| **Total liabilities** | **$2,702,415.40** |

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. §1746, I, Kim Mortimer, President of 60 91st Street Corp, the debtor herein, declare under penalty of perjury that I have read the foregoing list of creditors holding the largest secured claims and that it is true and correct to the best of my information and belief.

Dated: New York, NY
      January 22, 2020

_____
Kim Mortimer
President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                    Chapter 11

60 91ST STREET CORP.                                        Case No.:
                                    Debtor.

## CERTIFICATE OF RESOLUTION

I, Kim Mortimer, President of 60 91ST STREET CORP. (the "Corporation"), do hereby certify that a meeting of the Board of Directors of the Corporation was duly called and held on the 8th day of January 2020, and the following resolutions were duly adopted and recorded in the Minute Book of the Corporation, and they have not been modified or rescinded, and are still in full force and effect:

"**RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interest of the Corporation, its creditors, members and other interested parties, that a petition be filed by the Corporation for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

"**RESOLVED**, that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that KIM MORTIMER, as President, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

"**RESOLVED**, that KIM MORTIMER as President of this Corporation, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the Law Office of Julio E. Portilla, P.C., be retained and employed as legal counsel for the Corporation under a general retainer, in addition to other professionals as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal of the

Corporation this _____ day of January, 2020.

60 91ST STREET CORP

Kim Mortimer
President

**State of New York**
**County of New York**

Sworn to before me this
4th day of ~~January 2020~~ February 2020

NOTARY

PAULA ORTEGA
Notary Public, State of New York
Reg. No. 03OR6355762
Qualified in New York County
Commission Expires March 13, 20 24

Debtor:        60 91st Street Corporation                                    Case number:

# 60 91st STREET CORPORATION
## BALANCE SHEET

|                                          | **For Year Ending** | **8/31/19** |
|------------------------------------------|---------------------|-------------|
| *Current (Short-term) Assets:*           |                     | 4379        |
| Checking                                 |                     | 150         |
| Savings                                  |                     | 149,748     |
| Accounts Receivables (rents)             |                     |             |
| *Fixed (Lond-Term) Assets:*              |                     | 8,900,000   |
| Real Estate                              |                     | 10,000      |
| Business Equipment & Inventory           |                     | 15,000      |
| Furniture                                |                     |             |
|                                          |                     |             |
| **TOTAL ASSETS**                         |                     | **9,054,302** |
|                                          |                     |             |
| **LIABILITIES**                          |                     |             |
| Real Estate Mortgage debt                |                     | **2,691,415.40** |
|                                          |                     |             |
| **TOTAL LIABILITIES**                    |                     | **2,691,415.4** |
|                                          |                     |             |
| **NET WORTH**                            |                     | **9,054,302** |
|                                          |                     |             |
| **TOTAL LIABILITIES & NET WORTH**        |                     | **6,362,887** |

Debtor:      60 91st Street Corporation                                    Case number:

# 60 91st STREET CORPORATION
# INCOME STATEMENT

| INCOME | CURRENT MONTH (FEBRUARY) | YEAR-TO-DATE (AUG-JUL) |
|---|---|---|
| Gross Rental Income | 6879 | 48,153 |
| Late fees | 0 | 65 |
| Forfeited Security Deposits | | 3,100 |
| Application fees | 0 | 0 |
| **Effective Gross Income** | | |
| • Potential gross Income (anticipated for 20/21 Fiscal year | 24,500 | 171,500 |

Debtor:        60 91ˢᵗ Street Corporation                          Case number:

# 60 91ˢᵗ STREET CORPORATION
## CASH FLOW STATEMENT
For Year Ending        8/31/19

| | |
|---|---:|
| **INCOME** | N/A |
| Lost to Lease | 149,748 |
| Gross Rental Income (actual) | 125 |
| Late Fees | 240 |
| Application fees | 150,113 |
| **EFFECTIVE GROSS INCOME** | |
| | |
| **EXPENSES** | 6774.83 |
| Insurance | 7172 |
| Oil | 3624 |
| Water & Sewer | 175 |
| Dues and fees | 1800 |
| Telephone & communications | 6828 |
| New Equipment | 1750 |
| Repairs & Maintenance | 934 |
| Supplies | 750 |
| Advertising & Marketing | 1700 |
| Miscellaneous (Plumbing and electrical) | |
| | |
| **TOTAL OPERATING EXPENSES** | 31,507 |
| | |
| **NET OPERATING INCOME (NOI)** | 118606 |

Form **1120S**

# U.S. Income Tax Return for an S Corporation

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2018**

For calendar year 2018 or tax year beginning **8/1/** , 2018, ending **7/31** , 20 **19**

| | |
|---|---|
| **A** S election effective date | **TYPE OR PRINT** |
| **B** Business activity code number (see instructions) | |
| **C** Check if Sch. M-3 attached ☐ | |

**TYPE OR PRINT**
Name **60 91st STREET CORPORATION**
Number, street, and room or suite no. If a P.O. box, see instructions. **60 WEST 91ST STREET**
City or town, state or province, country, and ZIP or foreign postal code **NEW YORK CITY, NEW YORK 10024**

**D** Employer identification number **47-496337**
**E** Date incorporated **AUGUST 25,2015**
**F** Total assets (see instructions) **$**

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☐ No   If "Yes," attach Form 2553 if not already filed
**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . ▶

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales . . . | **1a** | 149,748 | |
| b | Returns and allowances . . . | **1b** | 31507 | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . | | | **1c** |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . | | | **2** |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . | | | **3** |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . | | | **4** |
| 5 | Other income (loss) (see instructions—attach statement) . . . | | | **5** |
| 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . ▶ | | | **6** |

**Deductions (see instructions for limitations)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) . . . | **7** | |
| 8 | Salaries and wages (less employment credits) . . . . . . | **8** | |
| 9 | Repairs and maintenance . . . . . . . . . . . . | **9** | |
| 10 | Bad debts . . . . . . . . . . . . . . . . | **10** | |
| 11 | Rents . . . . . . . . . . . . . . . . . | **11** | 149,748 |
| 12 | Taxes and licenses . . . . . . . . . . . . . | **12** | |
| 13 | Interest (see instructions) . . . . . . . . . . . | **13** | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . | **15** | |
| 16 | Advertising . . . . . . . . . . . . . . . | **16** | |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . | **17** | |
| 18 | Employee benefit programs . . . . . . . . . . | **18** | |
| 19 | Other deductions (attach statement) . . . . . . . . | **19** | 31,507 |
| 20 | **Total deductions.** Add lines 7 through 19 . . . . . . ▶ | **20** | 31,507 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . | **21** | |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) . | **22a** | | |
| b | Tax from Schedule D (Form 1120S) . . . . . . . | **22b** | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) . . . . | | | **22c** |
| 23a | 2018 estimated tax payments and 2017 overpayment credited to 2018 | **23a** | | |
| b | Tax deposited with Form 7004 . . . . . . . . | **23b** | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . | **23c** | | |
| d | Refundable credit from Form 8827, line 8c . . . . . | **23d** | | |
| e | Add lines 23a through 23d . . . . . . . . . . | | | **23e** |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . ▶ ☐ | | | **24** |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | | **25** |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** |
| 27 | Enter amount from line 26: **Credited to 2019 estimated tax** ▶               Refunded ▶ | | | **27** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date **12/4/20**          Title **PRESIDENT**

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed   PTIN |
| Firm's name ▶ | | | Firm's EIN ▶ |
| Firm's address ▶ | | | Phone no. |

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 11510H          Form **1120S** (2018)

Form 1120S (2018)

Page **2**

## Schedule B  Other Information (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash **b** ☐ Accrual | | | |
| | **c** ☐ Other (specify) ▶ ------------------------------------------------ | | | |
| **2** | See the instructions and enter the: | | | |
| | **a** Business activity ▶ ------------------------------ **b** Product or service ▶ ------------------- | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | | ✔ |
| **4** | At the end of the tax year, did the corporation: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . | | | ✔ |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . | | | ✔ |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . | | | ✔ |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of restricted stock . . . . . . . ▶ ---------------- | | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . ▶ ---------------- | | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | | ✔ |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year ▶ ---------------- | | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed ▶ ---------------- | | | |
| **6** | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | ✔ |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐ | | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **8** | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ ---------------- | | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . | | | ✔ |
| **10** | Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions . . . . . . . . . . | | | ✔ |
| **a** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or | | | |
| **b** | The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | | |
| | If "No," complete and attach Form 8990. | | | |
| **11** | Does the corporation satisfy **both** of the following conditions? | | | |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . | | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . | | | ✔ |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | |

Form **1120S** (2018)

Form 1120S (2018)

Page **3**

## Schedule B    Other Information  (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | ✓ |
| | If "Yes," enter the amount of principal reduction . . . . . . ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | ✓ |
| 14a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . . . . . . | | ✓ |
| b | If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . | | ✓ |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . | | ✓ |
| | If "Yes," enter the amount from Form 8996, line 13 . . . . . . ▶ $ | | |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . | **1** | |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . | **2** | |
| | 3a | Other gross rental income (loss) . . . . . . | **3a** | |
| | b | Expenses from other rental activities (attach statement) . . | **3b** | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | 4 | Interest income . . . . . . | **4** | |
| | 5 | Dividends: a Ordinary dividends . . . . . . | **5a** | |
| | | b Qualified dividends . . . . . . | **5b** | |
| | 6 | Royalties . . . . . . | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . | **8a** | |
| | b | Collectibles (28%) gain (loss) . . . . . . | **8b** | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . | **8c** | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . | **9** | |
| | 10 | Other income (loss) (see instructions)        Type ▶ | **10** | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . | **11** | |
| | 12a | Charitable contributions . . . . . . | **12a** | |
| | b | Investment interest expense . . . . . . | **12b** | |
| | c | Section 59(e)(2) expenditures    (1) Type ▶    (2) Amount ▶ | **12c(2)** | |
| | d | Other deductions (see instructions)        Type ▶ | **12d** | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . | **13a** | |
| | b | Low-income housing credit (other) . . . . . . | **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | d | Other rental real estate credits (see instructions)   Type ▶ | **13d** | |
| | e | Other rental credits (see instructions) . . .    Type ▶ | **13e** | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . | **13f** | |
| | g | Other credits (see instructions) . . . . .    Type ▶ | **13g** | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources . . . . . . | **14b** | |
| | c | Gross income sourced at shareholder level . . . . . | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Section 951A category . . . . . . | **14d** | |
| | e | Foreign branch category . . . . . . | **14e** | |
| | f | Passive category . . . . . . | **14f** | |
| | g | General category . . . . . . | **14g** | |
| | h | Other (attach statement) . . . . . . | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . . . . . . | **14i** | |
| | j | Other . . . . . . | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Section 951A category . . . . . . | **14k** | |
| | l | Foreign branch category . . . . . . | **14l** | |
| | m | Passive category . . . . . . | **14m** | |
| | n | General category . . . . . . | **14n** | |
| | o | Other (attach statement) . . . . . . | **14o** | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued . . . . | **14p** | |
| | q | Reduction in taxes available for credit (attach statement) . . . | **14q** | |
| | r | Other foreign tax information (attach statement) | | |

Form **1120S** (2018)

Form 1120S (2018)

Page **4**

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a |
| | b | Adjusted gain or loss | 15b |
| | c | Depletion (other than oil and gas) | 15c |
| | d | Oil, gas, and geothermal properties—gross income | 15d |
| | e | Oil, gas, and geothermal properties—deductions | 15e |
| | f | Other AMT items (attach statement) | 15f |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a |
| | b | Other tax-exempt income | 16b |
| | c | Nondeductible expenses | 16c |
| | d | Distributions (attach statement if required) (see instructions) | 16d |
| | e | Repayment of loans from shareholders | 16e |
| **Other Information** | 17a | Investment income | 17a |
| | b | Investment expenses | 17b |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c |
| | d | Other items and amounts (attach statement) | |
| **Reconciliation** | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | 1,700,000 | | 2,692,405 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | | | |

Form **1120S** (2018)

Form 1120S (2018)

Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3 (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): |
| a | Depreciation $ | | a | Depreciation $ |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 . . . . . . |
| 4 | Add lines 1 through 3 . . . . . . | | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 . . . . . . . |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . | | | | |
| 2 | Ordinary income from page 1, line 21 . . . . | | | | |
| 3 | Other additions . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21 . . . . . . . | ( ) | | | |
| 5 | Other reductions . . . . . . . . . | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . | | | | |
| 7 | Distributions . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . | | | | |

Form **1120S** (2018)

Debtor:        60 91st Street Corporation                                     Case number:

# 60 91st STREET CORPORATION
# BALANCE SHEET

|  | **For Year Ending** | **8/31/19** |
|---|---|---|
| *Current (Short-term) Assets:* | | |
| Checking | | |
| Savings | | 4379 |
| Accounts Receivables (rents) | | 150 |
| *Fixed (Lond-Term) Assets:* | | 149,748 |
| Real Estate | | |
| Business Equipment & Inventory | | 8,900,000 |
| Furniture | | 10,000 |
| | | 15,000 |
| **TOTAL ASSETS** | | **9,054,302** |
| | | |
| **LIABILITIES** | | |
| | | |
| Real Estate Mortgage debt | | 2,691,415.40 |
| | | |
| **TOTAL LIABILITIES** | | **2,691,415.4** |
| **NET WORTH** | | **9,054,302** |
| **TOTAL LIABILITIES & NET WORTH** | | **6,362,887** |

# 60 91st STREET CORPORATION
# INCOME STATEMENT

| INCOME | CURRENT MONTH (FEBRUARY) | YEAR-TO-DATE (AUG-JUL) |
|---|---|---|
| Gross Rental Income | 6879 | 48,153 |
| Late fees | 0 | 65 |
| Forfeited Security Deposits | | 3,100 |
| Application fees | 0 | 0 |
| **Effective Gross Income** | | |
| • Potential gross Income (anticipated for 20/21 Fiscal year | 24,500 | 171,500 |

Debtor:        60 91st Street Corporation                                    Case number:

# 60 91st STREET CORPORATION
## CASH FLOW STATEMENT

For Year Ending          8/31/19

**INCOME**

| | |
|---|---|
| Lost to Lease | N/A |
| Gross Rental Income (actual) | 149,748 |
| Late Fees | 125 |
| Application fees | 240 |
| **EFFECTIVE GROSS INCOME** | 150,113 |

**EXPENSES**

| | |
|---|---|
| Insurance | 6774.83 |
| Oil | 7172 |
| Water & Sewer | 3624 |
| Dues and fees | 175 |
| Telephone & communications | 1800 |
| New Equipment | 6828 |
| Repairs & Maintenance | 1750 |
| Supplies | 934 |
| Advertising & Marketing | 750 |
| Miscellaneous (Plumbing and electrical) | 1700 |

| | |
|---|---|
| **TOTAL OPERATING EXPENSES** | 31,507 |
| **NET OPERATING INCOME (NOI)** | 118606 |