# TERENZI & CONFUSIONE, P.C.
ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-0800
FAX: (516) 812-0806

Ronald M. TerenziΔ
Lisa M. Confusione
_____
Jacqueline M. Della Chiesa
Cara M. Goldstein
Ronald P. Labeck
Alexander S. Terenzi

Of Counsel
Kristen Renzulli*

*Also Admitted NJ
ΔAlso Admitted CT

Charles A. Higgs, Esq.
Law Office of Charles A. Higgs
450 Lexington Avenue, 4th FL
New York, NY 10017
Charles@FreshStartEsq.com

April 27, 2020

Re: 60 91ST Street Corp. Bankr. No 20-10338-scc

Mr: Higgs:

This afternoon I received your email with an insurance declaration page and a proposed cash collateral stipulation attached. Your late submission is deficient with respect to those matters delineated by the Court at the last status conference that were to be addressed prior to tomorrow's scheduled conference.

These matters include the following:
- You were to provide a cash collateral budget. You have provided a cash collateral stipulation but that is a meaningless document without the proposed budget attached.
- You were to provide a complete rent roll, in clarification of your client's representations at the last conference the premises were 75% rented.
- You were to provide leases for all units.
- You represented that you were going to have a commitment letter on new financing by Friday April 17, 2020. You have provided no status relating thereto.
- You were to provide tax reruns for the Debtor that had been requested at the 341 meeting and each conference since the creditors' meeting.
- Your client represented that all funds constituting cash collateral wrongful used, as indicated in the February monthly operating report, was to replaced in the Debtor's DIP account. No evidence that this has been done is presented.
- You represented that the MOR for February would be filed by April 17th, which was to indicate that no cash collateral was expended by the Debtor during April. To date no MOR has been filled or submitted for April.

I expect you to be able to present probative information regarding these issues at tomorrow's conference.

In addition to the foregoing, please be prepared to address at tomorrow's conference, the following:
- The amount and current disposition of any and all security deposits held by the Debtor with respect to any leases.
- The Debtor's principal, Ms. Kim Mortimer's use and occupancy of the premises.

        Very Truly,

        /S/

        Ronald M. Terenzi