UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>60 91st Street Corp.,<br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-10338 (SCC) |

**ORDER TO SHOW CAUSE SCHEDULING A HEARING ON SHORTENED NOTICE FOR THE MOTION OF THE CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER TO COMPEL TURNOVER OF ESTATE PROPERTY**

Upon consideration of the motion [ECF No. 40] (the "**Motion**") by Heidi J. Sorvino, as the Chapter 11 Trustee, (the "**Chapter 11 Trustee**") requesting an order for the turnover of property pursuant to 11 U.S.C. § 542; and upon consideration of the Declaration of the Chapter 11 Trustee dated May 13, 2020, pursuant to Local Bankruptcy Rule 9077-1a in support of an order to show cause; and it appearing that consideration of the Motion on an expedited basis is in the best interests of 60 91st Street Corp., the bankruptcy estate, its creditors, stakeholders, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefore, it is hereby

　　　　ORDERED, ADJUDGED AND DECREED that:

　1. Pursuant to Bankruptcy Rule 9006(c), ample cause has been shown for a reduction of time for notice of consideration of the Motion, and the Chapter 11 Trustee's request for entry of an Order to Show Cause scheduling a hearing to consider the Motion on an expedited basis.

　2. The Motion shall be considered at the hearing scheduled for May 20, 2020 at 10:00 a.m. (Prevailing Eastern Time) (the "**Hearing**") before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York.  The Hearing will be conducted telephonically and parties wishing to attend and/or participate in the Hearing may do

- 2 -

so by registering with Court Solutions at www.court-solutions.com.  All interested parties are to show cause at the Hearing as to why the Court should not grant the relief sought by the Motion.

3.   Notice of the Hearing on the Motion shall be given by serving a copy of this Order to Show Cause, the Motion, and all Affidavits and Exhibits thereto via email and overnight mail on or before May 15, 2020 at 9:00 p.m. (Prevailing Eastern Time), on Kim Mortimer, which service shall constitute good and sufficient notice thereof, and no further notice with respect to the relief requested in the Motion shall be required.

4.   Objections to the Motion, if any, may be raised at the Hearing.

Dated: May 15, 2020
New York, New York

                                        /S/ Shelley C. Chapman
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE