WHITE AND WILLIAMS LLP
Amy E. Vulpio, Esq.
James C. Vandermark, Esq
7 Times Square, Suite 2900
New York, NY 10036
(212) 244-9500
vulpioa@whiteandwilliams.com
vandermarkj@whiteandwilliams.com

*Counsel to Heidi J. Sorvino, Esq.,
as the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| 60 91st Street Corp.<br>Debtor. | Case No. 20-10338 (SCC) |

**AMENDED NOTICE OF HEARING FOR (I) THE MOTION OF HEIDI J. SORVINO, AS THE CHAPTER 11 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 9019(a) FOR AN ORDER APPROVING SETTLEMENT AGREEMENT WITH THE LAW OFFICE OF CHARLES A. HIGGS, AND (II) THE APPLICATION OF HEIDI J. SORVINO, AS THE CHAPTER 11 TRUSTEE, TO EMPLOY HELD, KRANZLER, McCOSKER & PULICE, LLP AS ACCOUNTANTS, *NUNC PRO TUNC* TO JUNE 11, 2020**

**PLEASE TAKE NOTICE** that, on June 9, 2020, Heidi J. Sorvino, as the Chapter 11 Trustee for the bankruptcy estate of 60 91st Street Corp., (the "**Chapter 11 Trustee**") filed a *Notice of Hearing* [Doc. No. 67] for a hearing on the *Motion of Heidi J. Sorvino, as the Chapter 11 Trustee, Pursuant to Fed. R. Bankr. P. 9019(a) for an Order Approving Settlement Agreement with the Law Office of Charles A. Higgs* [Doc. No. 66] (the "**Rule 9019 Motion**"). The hearing on the Rule 9019 Motion was scheduled for 11:00 a.m. on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on June 26, 2020, the Chapter 11 Trustee filed a *Notice of Hearing* [Doc. No. 90] for a hearing on the *Application of Heidi J. Sorvino, as the Chapter 11 Trustee, to Employ Held, Kranzler, McCosker & Pulice, LLP as Accountants, Nunc Pro Tunc to June 11, 2020* [Doc. No. 76] (the "**Application to Employ**"). The hearing on the Application to Employ was also scheduled for 11:00 a.m. on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that the time of the hearing on the Rule 9019 Motion and the Application to Employ has changed.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Rule 9019 Motion and the Application to Employ will now be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004 (the "**Bankruptcy Court**"), on **July 1, 2020 at 10:00 a.m.** (prevailing Eastern Time) or as soon thereafter as counsel may be heard (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted telephonically and parties wishing to attend and/or participate in the Hearing may do so by registering with Court Solutions at www.court-solutions.com.

| | |
|---|---|
| Dated: New York, New York<br>June 29, 2020 | */s/ James C. Vandermark*<br>James C. Vandermark |