UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  60 91ST STREET CORP.              Case No.  20-10338
      Debtor                              Reporting Period:  June 2020

                                          Federal Tax I.D. #  13-3786454**

**SINGLE ASSET REAL ESTATE COMPANIES**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | X | |
| Balance Sheet | MOR-3 (RE) | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | X | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | X | |
| Payments to Insiders and Professional | MOR-6 (RE) | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | X | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor                                       Date

*/s/ Heidi J. Sorvino*                                    Date  7/21/2020

Heidi J. Sorvino, as Chapter 11 Trustee                   Date  7/21/2020

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**The EIN from the Petition does not match tax returns or the other operating reports filed by the Debtor

**In re** 60 91st Street Corp.  **Case No.** 20-10338
  **Debtor**  **Reporting Period:** Jun-20

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the fhree bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 8,804.35 | NA | NA | 8,804.35 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION |  | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | 8,879.98 | - | - | 8,879.98 |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER *(ATTACH LIST)* | 10.00 | - | - | 10.00 |
| TRANSFERS *(FROM DIP ACCTS)* | - | - | - | - |
| TOTAL RECEIPTS | 8,889.98 | - | - | 8,889.98 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | - |
| PAYROLL TAXES | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - |
| INSURANCE | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - |
| SELLING | - | - | - | - |
| OTHER *(ATTACH LIST)* | 823.31 | - | - | 823.31 |
| OWNER DRAW * | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | 823.31 | - | - | 823.31 |
|  | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | 8,066.67 | - | - | 8,066.67 |
|  | | | | |
| CASH – END OF MONTH | 16,871.02 |  |  | 16,871.02 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 823.31 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 823.31 |

| In re 60 91st Street Corp. | | Case No. 20-10338 | |
|---|---|---|---|
| **Debtor** | | **Reporting Period:** | Jun-20 |
| **OTHER RECEIPTS** | | | |
| FEES REVERSAL | 10.00 | | |
| | | | |
| TOTAL OTHER RECEIPTS | 10.00 | | |
| | | | |
| **OTHER DISBURSEMENTS** | | | |
| FUEL OIL | 823.31 | | |
| | | | |
| TOTAL OTHER DISBURSEMENTS | 823.31 | | |

**In re** 60 91st Street Corp.  
**Debtor**

**Case No.** 20-10338  
**Reporting Period:** Jun-20

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 16,871.02 | N/A | N/A |
|  |  |  |  |
| BANK BALANCE | 16,871.02 | N/A | N/A |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | N/A | N/A |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | - | N/A | N/A |
| OTHER *(ATTACH EXPLANATION)* | - | N/A | N/A |
|  |  |  |  |
| **ADJUSTED BANK BALANCE *** | 16,871.02 | N/A | N/A |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Date | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
|  |  |  |  |

**OTHER**

**In re** 60 91st Street Corp.            **Case No.** 20-10338

        **Debtor**                                **Reporting Period:**     Jun-20

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 8,879.98 | 20,639.94 |
| Additional Rental Income | - | |
| Common Area Maintenance Reimbursement | - | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 8,879.98 | 20,639.94 |
| **OPERATING EXPENSES** | | |
| Advertising | - | - |
| Auto and Truck Expense | - | - |
| Cleaning and Maintenance | - | - |
| Commissions | - | - |
| Officer/Insider Compensation* | - | - |
| Insurance | - | - |
| Management Fees/Bonuses | - | - |
| Office Expense | - | - |
| Other Interest | - | - |
| Repairs | - | - |
| Supplies | - | - |
| Taxes - Real Estate | - | - |
| Travel and Entertainment | - | - |
| Utilities | 823.31 | 823.31 |
| Other *(attach schedule)* | (10.00) | 3.00 |
| Total Operating Expenses Before Depreciation | 813.31 | 826.31 |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | 8,066.67 | 19,813.63 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | - | - |
| Interest Expense | - | - |
| Other Expense *(attach schedule)* | - | 2,831.56 |
| Net Profit (Loss) Before Reorganization Items | 8,066.67 | 16,982.07 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | - | - |
| U. S. Trustee Quarterly Fees | - | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | - | 325.00 |
| Gain (Loss) from Sale of Property | - | - |
| Other Reorganization Expenses *(attach schedule)* | - | - |
| Total Reorganization Expenses | - | - |
| Income Taxes | - | - |
| Net Profit (Loss) | 8,066.67 | 16,332.07 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re** 60 91st Street Corp.  **Case No.** 20-10338
    **Debtor**  **Reporting Period:** Jun-20

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---:|---:|
| Signature Bank Returned Check Fee | (10.00) | - |
| Bank Servie Charges | | 3.00 |
| | | |
| | | |
| TOTAL OTHER | (10.00) | 3.00 |

OTHER INCOME

| | | |
|---|---:|---:|
| | | |
| | | |
| TOTAL OTHER INCOME | - | |

OTHER EXPENSES

| | | |
|---|---:|---:|
| Unexplained reduction to DIP Accounts prior to funds being turned over to the Chapter 11 Trustee | | 2,831.56 |
| | | |
| TOTAL OTHER EXPENSES | - | 2,831.56 |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---:|---:|
| | | |
| | | |
| | | |
| TOTAL REORGANIZATION EXPENSES | - | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**NOTE**

Cumulative results represent the sum total of income and expenses for the period of April 2020 through June 2020

| In re 60 91st Street Corp. | Case No. | 20-10338 | |
|---|---|---|---|
| Debtor | Reporting Period: | Jun-20 | |

BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 16,871.02 | 8,804.35 | 3,000.00 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | See Note | - |
| Accounts Receivable (Net) | 4,000.00 | 4,000.00 | - |
| Notes Receivable | - | - | - |
| Prepaid Expenses | - | - | - |
| Professional Retainers | 15,000.00 | 15,000.00 | - |
| Other Current Assets *(attach schedule)* | - | - | - |
| TOTAL CURRENT ASSETS | 35,871.02 | 27,804.35 | 3,000.00 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | See Note | See Note | See Note |
| Machinery and Equipment | - | - | - |
| Furniture, Fixtures and Office Equipment | - | - | - |
| Leasehold Improvements | - | - | - |
| Vehicles | - | - | - |
| Less: Accumulated Depreciation | - | - | - |
| TOTAL PROPERTY & EQUIPMENT | See Note | See Note | See Note |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | 4,041.75 | 4,041.75 | See Note |
| Other Assets *(attach schedule)* | - | - | - |
| TOTAL OTHER ASSETS | 4,041.75 | 4,041.75 | See Note |
| **TOTAL ASSETS** | 39,912.77 | 31,846.10 | 3,000.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | - | See Note | See Note |
| Taxes Payable *(refer to FORM MOR-4)* | - | See Note | See Note |
| Notes Payable | - | See Note | See Note |
| Rent / Leases - Building/Equipment | - | See Note | See Note |
| Secured Debt / Adequate Protection Payments | - | See Note | See Note |
| Professional Fees | - | See Note | See Note |
| Amounts Due to Insiders* | - | See Note | See Note |
| Other Post-petition Liabilities *(attach schedule)* | - | See Note | See Note |
| TOTAL POST-PETITION LIABILITIES | - | See Note | See Note |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 3,187,445.71 | 3,187,445.71 | 3,187,445.71 |
| Priority Debt | 63,822.86 | 63,822.86 | 63,822.86 |
| Unsecured Debt | 102,878.60 | 102,878.60 | 102,878.60 |
| TOTAL PRE-PETITION LIABILITIES | 3,354,147.17 | 3,354,147.17 | 3,354,147.17 |
| TOTAL LIABILITIES | 3,354,147.17 | 3,354,147.17 | 3,354,147.17 |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | See Note | See Note | See Note |
| Retained Earnings - Pre-Petition | (3,326,430.06) | (3,326,430.06) | See Note |
| Retained Earnings - Post-petition | See Note | See Note | - |
| Adjustments to Owner Equity *(attach schedule)* | - | - | - |
| Post-petition Contributions *(attach schedule)* | - | - | - |
| NET OWNERS' EQUITY | (3,326,430.06) | (3,326,430.06) | - |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | See Note | See Note | See Note |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re | 60 91st Street Corp. | Case No. | 20-10338 | |
|---|---|---|---|---|
| | Debtor | Reporting Period: | Jun-20 | |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

**NOTE**
Trustee is awaiting receipt of source data preceding the month of April 2020, in order to correctly determine the balances as of the petition date and thereafter

| In re | 60 91st Street Corp. | Case No. | 20-10338 |
| --- | --- | --- | --- |
| | Debtor | Reporting Period: | Jun-20 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Mortgage | 0 | | | | | |
| Rent | 0 | | | | | |
| Secured Debt/Adequate Protection Payments | 0 | | | | | |
| Professional Fees | 0 | | | | | |
| Real Estate Taxes | 0 | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

The Chapter 11 Trustee is seeking additional information from the Debtor's sole shareholder; however, based on the information available, there are no unpaid post-petition debts known to the Chapter 11 Trustee for the month of June

**In re** 60 91st Street Corp.  
    **Debtor**

**Case No.** 20-10338  
**Reporting Period:** Jun-20

# RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

**Property:** 60 W. 91st St., New York, NY  
**Square Footage:** Unknown

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nwaboubi | 1 | | | NA | NA | residential | 1 year | 04/10/20 | 05/01/21 | 2,000.00 | 24,000.00 | - |
| Roose | 2 | | | NA | NA | residential | 1 year | 09/01/19 | 08/31/20 | 2,000.00 | 24,000.00 | - |
| Brown | F | | | NA | NA | residential | 2 year | 10/01/18 | 09/30/20 | 879.86 | 10,558.32 | - |
| Albuja | 4 | | | NA | NA | residential | 1 year | 04/06/20 | 04/05/21 | 2,000.00 | 24,000.00 | - |
| Hobson | 5 | | | NA | NA | residential | 1 year | 10/01/19 | 09/30/20 | 2,000.00 | 24,000.00 | - |
| | | | | | | | | | Totals | 8,879.86 | 106,558.32 | - |

NOTE: The Unit #s identified above are based on the information contained in the leases. Based on the Chapter 11 Trustee's visit to the Property and information provided by the tenants, the leases may not be accurate.

FORM MOR-5 (RE)  
2/2008  
PAGE 1 OF 1

**In re** 60 91st Street Corp.  **Case No.** 20-10338  
    **Debtor**  **Reporting Period:** Jun-20

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Kim Mortimer | Unknown | | See Note |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | - | See Note |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**NOTE**
Trustee is awaiting receipt of source data preceding the month of April 2020, in order to correctly determine the cumulative totals of the amounts paid to Insiders.

**In re** 60 91st Street Corp.  **Case No.** 20-10338
　　　　Debtor　　　　　　　　　　　　　　　　　　**Reporting Period:**　Jun-20

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | **X** |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | **X** |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

# SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From June 01, 2020
To   June 30, 2020
Page  1 of   2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

```
60 91ST STREET CORP DIP              8-161
CASE# 20 10338
HEIDI J SORVINO TRUSTEE
C/O WHITE AND WILLIAMS LLP
7 TIMES SQUARE - SUITE 2900                    See Back for Important Information
NEW YORK NY  10036           999
```

Primary Account: 1503903594          0

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503903594 | BANKRUPTCY CHECKING | 8,804.35 | 16,871.02 |
| | RELATIONSHIP       TOTAL | | 16,871.02 |

# Signature Bank

PRIVATE CLIENT GROUP 161  
565 FIFTH AVENUE  
NEW YORK, NY 10017

```
60 91ST STREET CORP DIP         8-161
CASE# 20 10338
HEIDI J SORVINO TRUSTEE
C/O WHITE AND WILLIAMS LLP
7 TIMES SQUARE - SUITE 2900
NEW YORK NY  10036         999
```

See Back for Important Information

Primary Account: 1503903594           0

BANKRUPTCY CHECKING            1503903594

## Summary

| | |
|---|---:|
| Previous Balance as of June 01, 2020 | 8,804.35 |
| 3 Credits | 8,889.98 |
| 1 Debits | 823.31 |
| Ending Balance as of June 30, 2020 | 16,871.02 |

## Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Jun 11 | FEE REVERSAL | | 10.00 |
| Jun 11 | DEPOSIT | ref# | 6,879.98 |
| Jun 19 | DEPOSIT | ref# | 2,000.00 |

## Withdrawals and Other Debits

| | | | |
|---|---|---|---:|
| Jun 17 | DEBIT CARD PURCHASE | | 823.31 |
| | ON 06/17 AT ADMIRAL ENERGY CORP    BROOKLYN     NY | | |

## Daily Balances

| | | | | |
|---|---:|---|---|---:|
| May 31 | 8,804.35 | | Jun 17 | 14,871.02 |
| Jun 11 | 15,694.33 | | Jun 19 | 16,871.02 |