**Exhibit F**

(Preliminary Report)


September 3, 2020

Amy E. Vulpio, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036

Reference: Our File:      **RANY-40759**
           Seller(s):     **60 91St Street Corp.**
           Buyer(s):      **TBD**
           Lender:        **TBD**
           Premises:      **60 West 91st Street, New York, NY 10024**
                          **Block:  1204 Lot:  54**

Dear Amy,

Enclosed please find the most recently completed title report relative to the above referenced transaction for your review.

Please contact this office should you have any questions or require the method of disposition for any exception set forth herein.

**Your coordinator on this file is Yisroel Stamm who can be reached via phone at 718-215-5135 or via email at YStamm@rsabstract.com.**

Sincerely,

Chana Klingman
Riverside Abstract, LLC

Notice to Buyer(s)/Borrower(s) and/or their agent(s): Please be advised that Riverside Abstract, LLC has implemented a rate calculator for your convenience to enable you to calculate your title insurance premiums. This website can be accessed at **www.nyrates.fntg.com**.

## *AMTRUST TITLE INSURANCE COMPANY*

Agrees to issue its standard form of insurance policy after the closing of the transaction in conformance with procedures approved by the Company excepting (a) all loss or damage by reason of the estates, interests, defects, objections, liens, encumbrances and other matters set forth herein that are not disposed of to the satisfaction of the Company prior to such closing or issuance of the policy, and (b) any question or objection coming to the attention of the Company before the date of closing, or if there be no closing, before the issuance of said policy.

This Certificate shall be null and void (1) if the premium and related charges for the policy are not paid; (2) if the prospective insured, his attorney or agent makes any untrue statement with respect to any material fact or suppresses or fails to disclose any material fact or if any untrue answers are given to material inquiries by or on behalf of the Company; or (3) upon delivery of the policy. Any claim arising by reason of the issuance hereof shall be restricted to the terms and conditions of the standard form of title insurance policy. If the title, interest or lien to be insured was acquired by the prospective insured prior to delivery hereof, the Company assumes no liability except under its policy when issued.

**THIS CERTIFICATE IS INTENDED FOR LAWYERS ONLY. SUCH EXCEPTIONS AS MAY BE SET FORTH HEREIN MAY AFFECT MARKETABILITY OF TITLE. YOUR LAWYER SHOULD BE CONSULTED BEFORE TAKING ANY ACTION BASED UPON THE CONTENTS HEREOF. THE COMPANY'S REPRESENTATIVE AT THE CLOSING HEREUNDER MAY NOT ACT AS LEGAL ADVISORTO ANY OF THE PARTIES OR DRAW LEGAL INSTRUMENTS FOR THEM. SUCH REPRESENTATIVE IS PERMITTED TO BE OF ASSISTANCE ONLY TO AN ATTORNEY. IT IS ADVISABLE TO HAVE YOUR ATTORNEY PRESENT AT THE CLOSING.**

**IF ANY OF THE CLOSING INSTRUMENTS WILL BE OTHER THAN COMMONLY USED FORMS OR CONTAIN UNUSUAL PROVISIONS, THE CLOSING CAN BE SIMPLIFIED AND EXPEDITED BY FURNISHING THE COMPANY WITH COPIES OF THE PROPOSED DOCUMENTS IN ADVANCE OF CLOSING.**

**Dated:** September 3, 2020

**Redated:**                                              AMTrust Title Insurance Company

Riverside Abstract, LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
TEL: (718) 252-4200
FAX: (718) 252-4226                       By: _____
                                                             Shaul Greenwald
                                                             Authorized Signature

Report Created by: Chana Klingman

# CERTIFICATE OF TITLE INSURANCE
## (Continued)

The following matters will be expressly excluded from the coverage of the policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1. a. Any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to
    i. the occupancy, use, or enjoyment of the Land;
    ii. the character, dimensions, or location of any improvement erected on the Land;
    iii. the subdivision of land; or:
    iv. environmental protection;
    v. or the effect of any violation of these laws, ordinances, or governmental regulations.
    This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5.
    b. Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 6.

2. Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.

3. Defects, liens, encumbrances, adverse claims, or other matters
    a. created, suffered, assumed, or agreed to by the Insured Claimant;
    b. not Known to the Company, not recorded in the Public Records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
    c. resulting in no loss or damage to the Insured Claimant;
    d. attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 9 and 10 or loan policy 11 , 13 or 14) or
    e. resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Title.

4. Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction vesting the Title as shown in Schedule A, is
    a. a fraudulent conveyance or fraudulent transfer; or
    b. a preferential transfer for any reason not stated in Covered Risk 9 of this policy.

5. Any lien on the Title for real estate taxes, assessments, water charges or sewer rents imposed by governmental authority and created or attaching between Date of Policy and the date of recording of the Insured Mortgage in the Public Records.

*Loan Policy additional Exclusions:*
1. Unenforceability of the lien of the Insured Mortgage because of the inability or failure of an Insured to comply with applicable doing-business laws of the state where the Land is situated.

2. Invalidity or unenforceability in whole or in part of the lien of the Insured Mortgage that arises out of the transaction evidenced by the Insured Mortgage and is based upon usury or any consumer credit protection or truth-in-lending law.

The policy will except from coverage any state of facts which an accurate survey might show, unless a survey is provided or survey coverage is available. When a survey is provided, this certificate will set forth the specific survey exceptions which we will include in the Policy. Whenever the word "trim" is used in any survey exceptions from coverage, it shall be deemed to include roof cornices, show window cornices, lintels, sills, window trim, entrance trim, bay window cornices, moldings, belt courses, water tables, keystones, pilasters, porticos, balconies all of which project beyond the street line.

3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234

**A RIVERSIDE**
ABSTRACT

212 Second Street, Suite 502
Lakewood, NJ 08701

## CONSUMER NOTICES AND DISCLOSURES AS REQUIRED
## PURSUANT TO NEW YORK INSURANCE LAW

Date: **September 3, 2020**

File No.: **RANY-40759**

Property: **60 West 91st Street, New York, NY 10024**

To: **TBD**

These disclosure and Notices are for the purposes of compliance with New York Insurance Law and do not alter or change the coverage's, exceptions, exclusions, or conditions of the final policies issued in connection with the subject transaction. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**THIS REPORT IS NOT A TITLE INSURANCE POLICY!**

**PLEASE REVIEW THIS REPORT WITH A REAL ESTATE PROFESSIONAL REPRESENTING YOUR INTEREST IN THIS TRANSACTION. PLEASE READ IT CAREFULLY.**

**THE REPORT MAY SET FORTH EXCLUSIONS UNDER THE TITLE INSURANCE POLICY AND MAY NOT LIST ALL LIENS, DEFECTS, AND ENCUMBRANCES AFFECTING TITLE TO THE PROPERTY. YOU SHOULD CONSIDER THIS INFORMATION CAREFULLY.**

Initial: _____

3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234

**A RIVERSIDE**
**A B S T R A C T**

212 Second Street, Suite 502
Lakewood, NJ 08701

## NOTICE CONCERNING AVAILABILITY OF AN "OWNER'S" POLICY

Date: September 3, 2020

To: TBD

Title No: RANY-40759

Please indicate if this transaction is a refinance _____ or a purchase _____.

Our records indicate that you are currently seeking a "Lender's" title insurance policy, not an "Owner's" title insurance policy.

You have the option of purchasing an Owner's insurance policy. Please read the following disclosures concerning "Lender's" and "Owner's" title insurance policies, and ***initial in the space provided to confirm that you have read and understand the disclosures.***

_____ I acknowledge that the Lender's title insurance policy issued in connection with this financing provides insurance to the ***lender only*** and does not insure my interest in the property as the owner of the property.

_____ I acknowledge that I understand that the Lenders' policy insures that the lender has a valid and enforceable encumbrance on the property that I own or that I am purchasing. An Owner's Policy, if purchased by me, would insure me and provide me with a legal defense against claims made against the title to the property. The Owner's policy would also protect my equity in the property and assure that marketability of the property when I sell it. Without an Owner's policy I do not get those protections.

I may obtain an Owner's Policy of Title Insurance which provides title insurance to me and the total premium for both policies will be $**TBD.**

☐ I/We do request an Owner's Extended Protection Policy (TOEPP) of title insurance.

☐ I/We do request a Standard Owner's Policy of title insurance.

☐ I/We do not request an Owner's Policy of title insurance.

TO BE SIGNED BY BUYER/BORROWER

_____
Date

TBD

BY:_____

3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234

**RIVERSIDE**
A B S T R A C T

212 Second Street, Suite 502
Lakewood, NJ 08701

## OPTIONAL MARKET VALUE POLICY RIDER AVAILABILITY

Title No.:  RANY-40759

**NOTE:**   THE FOLLOWING IS ONLY APPLICABLE TO THE PURCHASE OF A ONE TO FOUR FAMILY DWELLING, A RESIDENTIAL CONDOMINIUM OR COOPERATIVE UNIT.  THE PURCHASER MUST BE A NATURAL PERSON AND MUST RESIDE AT THE PROPERTY WHICH MUST BE USED PREDOMINANTLY FOR RESIDENTIAL PURPOSES.

Section 6049, Subdivision "C" of the Insurance Law requires that title companies' offer at or prior to closing an optional policy rider to cover the homeowner for the <u>future market value</u> of his or her home.  The Purchaser may, for an additional premium, obtain a title policy in excess of the Purchase Price.

**A.   I choose to accept the Market Value Policy Rider.**


TBD

BY:_____


B.   I do not wish to accept the Market Value Policy Rider for future increased market value and elect to waive the offer for such additional coverage.


TBD

BY:_____


**C.   TO BE COMPLETED BY THE COMPANY CLOSER:**

The Optional Market Value Policy Rider is not applicable to this transaction.

REASON:
☐  Commercial Property               ☐  Vacant Land
☐  Multiple Dwelling (consisting of 5 families or more)
☐  Purchaser is not a natural person (e.g. corporation, partnership, trust, etc.)
☐  Purchaser will not reside at dwelling


BY: _____
      Company Closer

# RIVERSIDE ABSTRACT, LLC
### As Agent for
### AMTRUST TITLE INSURANCE COMPANY
## SCHEDULE A

**Effective Date:**     July 28, 2020            Title No.:  **RANY-40759**

**Recertified Date:**     _____

**Recertified By:**     _____

Policy and/or Policies to be issued:

ALTA Owner's Policy with N.Y. Endorsement Modifications          **$TBD**
   Proposed Insured:   **TBD**

ALTA 2006 Loan Policy with N.Y. Endorsement Modifications        **$ TBD**
   Proposed Insured:   **TBD**

   Borrower:          **TBD**

The Estate or interest in the land described or referred to in this Certificate and covered herein is:

Fee Simple

**THIS COMPANY CERTIFIES** that a good and marketable title to the premises described in Schedule A, subject to the liens, encumbrances and other matters, if any, set forth in this certificate may be conveyed and/or mortgaged by:

**60 91St Street Corp.**

Title is Vested In:
**As to one half interest:**
60 91St Street Corp.* by deed from Anne Sowell, dated September 26, 1994 and recorded October 13, 1994 in the Office of the City Register of the City of New York at Reel 2145, Page 2249.

**As to one half interest:**
60 91St Street Corp.* by deed from Yvonne Sowell n/k/a Yvonne Mortimer "as sole heir-at-law of" Arthur Sowell, dated February 18, 2011 and recorded October 7, 2011  in the Office of the City Register of the City of New York in CRFN 2011000355788.

*See Excepton 24

**Title Recertified in:**

The land referred to in this certificate is described as follows:

SEE ATTACHED LEGAL DESCRIPTION

Premises described in Schedule A are known as:

Address: **60 West 91st Street**
**New York, NY 10024**
**County: New York**

**Block: 1204**        **Lot: 54**

**For any title clearance questions on this report please call: (718) 252-4200**

Title No.: **RANY-40759**

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, County of New York, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly line of West Ninety-First Street opposite the center of a party wall which point is distant two hundred and forty-one feet easterly form the corner formed by the intersection of the southerly line of Ninety-First Street with the easterly line of Columbus (formerly Ninth) Avenue;

RUNNING THENCE southerly parallel with Columbus (formerly Ninth) Avenue and partly through said party wall, one hundred feet, eight and one-half inches to the center line of the block between West Nintieth and West Ninety-First Streets;

THENCE easterly along said center line of the block; twenty feet to the point opposite the center of another party wall;

THENCE northerly parallel with Columbus (formerly Ninth) Avenue and partly through the said last mentioned party wall, one hundred feet, eight and one-half inches to the southerly line of West Ninety-First Street;

THENCE westerly along the southerly side of West Ninety-First Street, twenty feet to the point or place of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Block 1204, Lot 54, New York County and also known as 60 West 91st Street, New York, NY 10024.

# RIVERSIDE ABSTRACT, LLC
## As Agent for
## AMTRUST TITLE INSURANCE COMPANY
# CLOSING REQUIREMENTS

Title No.: **RANY-40759**

The following requirements must be met prior to issuance of any title policy:

1. Closings should be scheduled at least two business days prior to the anticipated date of closing to provide ample time for the Company to provide continuation searches.

2. All parties attending the closing will be required to furnish a photo driver's license or other photo-identification and social security numbers to the Company's representative at closing.

3. This company does not accept personal checks for payment of any of its closing charges or fees. Only certified or bank checks, attorney escrow checks or wired funds will be accepted at closing. Under no circumstances will third party or seller's checks be accepted in any amount.

4. The Company closer may not act as a legal adviser for any of the parties or draw any legal documents for any of the parties.

5. Pay the agreed amounts for the interest in the land and/or according to the mortgage to be insured.

6. Pay the Company the premium, fees and charges for and associated with the policy.

7. Documents satisfactory to us creating the interest in the land and/or the mortgage to be insured must be signed, delivered and recorded.

8. You must tell us in writing the name of any person or entity not referred to in this Commitment who will get an interest in the land or who will make a loan on the land. We may then make additional requirements or raise additional exceptions.

9. Although the Company will use its best efforts to record instruments promptly, no liability is assumed for penalties and interest under section 1416 of the Tax Law due to the inability to file Transfer Tax Returns or to pay Transfer Taxes within the time required.

10. Policy excepts any consequences that may arise due to the fact that the instruments submitted for recording are rejected by the County Clerk or Register because the instruments are illegible.

11. If the conveyance and/or mortgage to be insured herein is to be made under Power of Attorney, Both the Power of Attorney AND a copy of the Principal's driver's license  or passport must be submitted to the Company for approval PRIOR to closing. Further, proof is required that same has not been revoked and is still in full force and effect and that the Principal is living at the time of execution and delivery of the instruments.

12. Borrower and lender must comply with the mortgage recording requirements of the New York State Department of Taxation and Finance. Every mortgage offered for recording must contain the following recital:
"The real property [is or is not, whichever applies] principally improved or to be improved by one or more structures containing in the aggregate not more than six residential dwelling units, each dwelling unit having its own separate cooking facilities."
NOTE: This recital may be stated on the mortgage instrument itself or it may be included by the attachment of a separate page to the mortgage signed by the person making the statement.

13. Applicable Mortgage Recording Tax (or Affidavit of Exemption) is due at closing.

## CLOSING REQUIREMENTS cont.

14.    Deeds must contain the covenant required by Section 13 of the lien law and such covenant must be absolute and not conditional. These covenants are not required in deeds from referees or other duly appointed officials of the court for the sole purpose of selling the property.

15.    If any of the closing documents to be used at the closing are documents that are not commonly used or contain unusual provisions, a copy of the documents must be presented to the company's legal department prior to closing.

16.    If any part of the transaction consists of the conveyance or lease by a corporate grantor or lessor, compliance with Section 909 of the Business Corporation Law must be complied with. The written consent of the outstanding shareholders of the corporation will be required and the closing documents must recite same. In lieu thereof, the consent of two thirds of the outstanding shares entitled to vote must be obtained at a meeting duly noticed and called for in the manner provided for in Section 605 of the Business Corporation law and the closing document must recite same.

17.    When the transaction is an assignment of a mortgage or other lien, an estoppel certificate executed by the owner of the fee and by the holders of all subsequent encumbrances must be obtained. When the transaction is a mortgage, the amount actually advanced should be reported to the Company.

18.    If any part of the transaction consists of the making of a new mortgage by a corporate mortgagor, compliance with Section 911 of the Business Corporation Law must be established. A certified copy of the resolution of the Board of Directors authorized to make such mortgage will be required.

19.    A mortgagee's title insurance policy does not provide title insurance coverage to the fee owner. If you wish to obtain owners title insurance, you must request it at or before the closing and pay the required premium.

Title No.:  **RANY-40759**

The following requirements must be met prior to the issuance of a policy.

a.     Pay the agreed amounts for the interest in the land and/or according to the mortgage to be insured.
b.     Pay the Company the premium, fees and charges for and associated with the policy.
c.     Documents satisfactory to us creating the interest in the land and/or the mortgage to be insured must be signed, delivered and recorded.

You must tell us in writing the name of any person or entity not referred to in this Commitment who will get an interest in the land or who will make a loan on the land.  We may then make additional requirements or raise additional exceptions.

Hereinafter set forth are additional matters which will appear in our policy as exceptions from coverage.  The Company will not pay costs, attorneys' fees or expenses which arise by reason of the following exceptions unless disposed of to the Company's satisfaction prior to the closing or delivery of the policy: Company reserves the right to raise additional exceptions.

<u>**DISPOSITION**</u>

1.     Taxes, tax liens, tax sales, water rates, sewer rents, and assessments set forth herein.

2.     Rights of tenants or persons in possession, if any.

3.     Mortgage(s) returned herein and set forth herein: **(ONE, as consolidated)** SEE ATTACHED MORTGAGE SCHEDULE

4.     Covenants, restrictions, easements, leases and agreements of record, etc., more fully set forth herein:

       **A) Covenants and Restrictions recorded in Liber 2208 Page 182**
       **B) Landmark Designation recorded in Reel 1696 Page 1872**

5.     Any encroachment, encumbrance, violation, variation or adverse circumstances affecting the title that would be disclosed by an accurate and complete land survey of the land or Survey exceptions as set forth herein.  In the absence of a survey Company will not certify as to the location or dimensions of within described premises on all sides, and will except any state of facts an accurate survey may show.

6.     FOR INFORMATION ONLY: Bankruptcy Searches run against the certified owner(s) and purchaser(s), if any.

7.     FOR INFORMATION ONLY: Patriot Searches run against the certified owner(s) and purchaser(s), if any.

8. Searches were run for judgments, federal tax liens, minor liens, etc. against the same/similar name as **60 91St Street Corp.** The following returns were found of record and must be satisfactorily disposed of:

   **A) 5 Judgments and 3 ECBs vs. 60 91St Street Corp.**

9. If any of the mortgages shown in the mortgage schedule herein is to be paid off at closing, then a written statement from the mortgagee indicating the balance and that the account is closed must be presented. Failure to provide this statement may cause the closing to be adjourned.

10. If any of the mortgages shown in the mortgage schedule herein have been paid off prior to closing, the certified owner must produce the original Satisfaction(s) of said mortgage(s), or in the alternative, the name of the title company who handled the payoff and their title number in connection therewith.

11. FOR NYC ONLY: Policy excepts Emergency Repair Liens and charges which may exist but are not filed. There may be work in progress or completed work and such items can not effectively be determined due to the delay in entering such items.

12. Satisfactory proof by affidavit must be furnished showing whether any work has been done upon the premises by The City of New York, or any demand has been made by The City of New York for any such work that may result in:
    A) Charges by the New York City Department of Rent and Housing Maintenance Emergency Services.
    B) Charges by the New York City Department of Health.
    C) Charges by the New York City Department of Environmental Protection.

13. Section 26-128 of the Administrative Code of The City of New York, creates tax liens for unpaid Inspection Fees and Permit Fees billed by the Building Department and Fire Department regardless of the fact that such fees may not be reflected in the City Collector's records. Policy excepts any loss, claim or damage for any unpaid fee or charge claimed by the Building Department or Fire Department and entered in the records of the City Collector after the date of closing.

14. FOR INFORMATION ONLY: The City of New York requires the owners of certain income producing properties to file a Real Property Income and Expense ("RPIE") form with the City's Department of Finance annually. If the property owner does not file the RPIE form or files the form late, then the Department of Finance may assess a penalty of 3 to 5 percent of the property's final assessed valuation. The penalty will appear on the owner's real property tax bill. Because there may be significant time lag between the due date for the RPIE form and the date on which the penalty and interest appear on the tax bill, the policy will except and not cover any and all RPIE charges, fees and penalties which may be assessed by the Department of Finance against the property or its owner after the date of the title policy.

15. All taxes, water, sewer rent charges and other miscellaneous assessments not entered prior to date of closing, which might include charges for use prior to the date of the policy.

16. If the subject premises are currently benefited by a tax exemption, discount, credit or abatement, no liability is assumed for the retroactive restoration of any taxes due to a loss or reversal, partial or total, of said exemption, discount, credit or abatement. Any tax which may be assessed, entered, re-opened, or restored after Date of Policy for periods prior to Date of Policy is not insured.

# EXCEPTIONS cont.

17.    If the subject premises consists of 6 units or more and is rent stabilized, this policy excepts any rent stabilization fees not transferred to the NYC Department of Finance as of the date of closing. Any fee which may be assessed or entered subsequently by the City is not insured.

18.    If subject property is used for both residential and commercial use, and the total purchase price is in excess of $1,000,000.00. New York State Department of Taxation and Finance may impose Mansion Tax on the residential portion of said property. This policy does not insure any such tax, nor any penalties related thereto, which may be assessed or entered subsequently by the State.

**19.**    **NOTE:** For any closing exceeding two hours or that extends past 5:00pm a minimum charge of $250 will apply.

20.    In the event that escrow is being held for taxes, water/sewer charges, the liability of this Company shall be limited to the sum deposited in escrow.

21.    The proposed closing transaction may be subject to the reporting requirements set forth in the confidential Geographic Targeting Order issued pursuant to the Bank Secrecy Act, therefore the Company Reserves the rights to require additional information and documentation in order to comply with the order.

**22.**    **Note to Seller / Seller Representative:** Please note that the title closer may charge up to $250 for each mortgage payoff "pickup fee" that they will be processing.

23.    Department of State search shows that the entity **60 91St Street Corp.** was dissolved by proclamation on **July 29, 2009.** Said entity must be reinstated or a corporate wind down deed can be done. Pls contact legal dept to discuss.

24.    Order from the Bankruptcy Court confirming that the **60 91st Street Corp.** [old entity] was dissolved and **60 91st Street Corp.** [new entity] is to be considered the old entity's successor. Certified copy of the Order must be filed on Acris.

25.    Proof of the following as to 60 91St Street Corp.:

A)   Certificate of Incorporation;
B)   Production of Certificate of Good Standing;
C)   Production of  Corporate Resolution authorizing the conveyance or mortgage
D)   Certificate of Secretary certifying that the Certificate of Incorporation does not require stockholders consent

26.    Proof by affidavit must be provided to company at the time of closing that there are currently no New York State Franchise Taxes due and owing against 60 91St Street Corp.

27.    Proof of payment of New York City General Corporation Tax on 60 91St Street Corp. is required. Said proof must cover the period from date of incorporation to date of closing.

28.    Proof is required that the person executing the instruments on behalf of said corporation has the power to bind said corporation in this transaction. A Directors Resolution or Shareholders Resolution should be provided.

# EXCEPTIONS cont.

29. If the present transaction consists in whole or in part of the making of a new mortgage, the mortgage should contain a recital showing that it was made and executed pursuant to the resolution of the board of directors of the mortgagor.

30. If the present transaction consists in whole or in part of a conveyance or lease by a corporate grantor or lessor, the instrument on closing should recite that the lease/conveyance was made with consent thereto by all of the holders of the outstanding shares of the said corporation; or, in the ordinary course of the corporations business.

31. **Sidewalk violation filed on February 25, 2010 at Index Number 82194.**

    NOTE (FOR MORTGAGE POLICIES ONLY): Although this item is provided for information only and will not appear in our mortgage policy, failure to repair sidewalk (or remove violation) may result in a future lien against which the policy does not protect. (See chapter 28-A, Title A, Section 693-6.0, Administrative Code of the City of New York.)

32. **Bankruptcy report shows open Case Number 1:2020bk10338.** Approval of trustee must be obtained prior to sale or the Court must grant an order approving the sale of the property to the purchaser with no liens. If such order is obtained, the deed delivered at closing must state that the conveyance is free and clear of all liens as set forth in the Bankruptcy Court.
    NOTE: Upon receipt of final order of the court additional exceptions may be raised.

33. **Proof of death and heirship of Arthur Sowell to be obtained and considered.**

34. **The last deed of record recorded in CRFN 2011000355788 was a transfer for no consideration**. In connection therewith, the following documentation must be reviewed by this Company prior to closing. (NOTE: Upon receipt and review, additional exceptions to title may be raised):

    A)  Affidavit from the attorney who supervised the execution and delivery of the deed and/or;
    B)  Affidavit from the grantor(s) confirming the conveyance and a copy of photo identification of said grantor(s).

35. Proof is required that the delivery of the deed dated February 18, 2011 and recorded on October 7, 2011 in CRFN 2011000355788 was during the lifetime of Yvonne Sowell n/k/a Yvone Mortimer "as sole heir-at-law of" Arthur Sowell, grantor.

36. **The consolidated mortgage recorded December 9, 2016 in CRFN 2016000435775 is a non-institutional mortgage.** If said mortgage is to be satisfied in the transaction to be insured herein the following must be surrendered to the Company at or prior to closing.
    a)  original note and bond marked "paid";
    b)  original mortgage marked "paid";
    c)  original Satisfaction of Mortgage in recordable form.

37. **A UCC-1 Financing Statement** vs. 60 91st Street Corp. in favor of Approved  Oil Co. recorded on March 6, 2019 in CRFN 2019000074584.

**RIVERSIDE ABSTRACT, LLC**
**As Agent for**
**AMTRUST TITLE INSURANCE COMPANY**

**SURVEY READING**

Title No.:  RANY-40759

**See Schedule B Exceptions**

# MORTGAGE SCHEDULE

1. **MORTGAGE**
   Mortgagor:          60 91St Street Corp.
   Mortgagee:          2386 Hempstead Inc.
   Amount:             $1,400,000.00
   Dated:              August 13, 2015
   Recorded:           August 31, 2015
   CRFN:               2015000301919
   Tax Paid:           $39,200.00

   Notes:
   Together with a Collateral Assignment of Leases and Rents recorded in CRFN 2015000301920.

2. **GAP MORTGAGE**
   Mortgagor:          60 91St Street Corp.
   Mortgagee:          2386 Hempstead Inc.
   Amount:             $300,000.00
   Dated:              October 3, 2016
   Recorded:           December 9, 2016
   CRFN:               2016000435774
   Tax Paid:           $6,150.00

2A. **CONSOLIDATION, EXTENSION, AND MODIFICATION AGREEMENT**
   From:               60 91St Street Corp.
   To:                 2386 Hempstead Inc.
   Dated:              October 3, 2016
   Recorded:           December 9, 2016
   CRFN:               2016000435775

   Notes:
   This Agreement consolidates Mortgages 1 and 2 above to form a single lien in the amount of
   $1,700,000.00.

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.

If the mortgage(s) shown herein is (are) held by an institutional lender, a payoff letter MUST be produced and said letter MUST be verified by the title closer via telephone at the time of closing

# MDSNY

The unpaid taxes, water rates, assessments and other matters relating to taxes which are liens at the date of this certificate are set forth below.

CODE: BETTER       TITLE: RANY-40759      DATE: 08/11/2020

CNTY: NEW YORK     COMPANY: BETTER RESEARCH

SEC: 4   VOL: 8

BLOCK: 1204  LOT: 54

**TAX MAP ATTACHED**

TAX            **2020/2021 FINAL**

CLASS: 2B  RATE: 12.473

| | | |
|---|---|---|
| BLDG | TRANSITIONAL LAND ................. | $114,202.00 |
| CLASS: C5 | TRANSITIONAL TOTAL ................ | $658,815.00 |
| CONVERTED | EXEMPT TOTAL ..................... | $0.00 |
| DWELLINGS OR | ACTUAL LAND ...................... | $364,050.00 |
| ROOMING HOUSE | ACTUAL TOTAL ..................... | $2,100,150.00 |
| SWIS CODE: 620100 | ACTUAL EXEMPT TOTAL .............. | $0.00 |

EXEMPTIONS:  NO EXEMPTIONS

ASSESSED OWNER:  60 91ST STREET CORP.

60 WEST 91 STREET

---

*Taxes 2020/2021*    *1ST HALF*   *Due Date*   *07/01/2020*   *REAL ESTATE*

| *Transaction Date* | Charges/Adjustments | Payments/Adjustments |
|---|---|---|
| *06/06/2020*   *TAX ORG* | *$41,087.00* | *$0.00* |
| AMOUNT DUE: | $41,087.00 OPEN | |

Taxes 2020/2021    2ND HALF   *Due Date*   *01/01/2021*   *REAL ESTATE*

| *Transaction Date* | Charges/Adjustments | Payments/Adjustments |
|---|---|---|
| *06/06/2020*   *TAX ORG* | *$41,087.00* | $0.00 |
| AMOUNT DUE: | $41,087.00 OPEN | |

HPD MULTI DWELLING REGISTRATIO Due Date   07/01/2020

| | Charges/Adjustments | Payments/Adjustments |
|---|---|---|
| 06/06/2020   SAF ORG | $13.00 | $0.00 |
| AMOUNT DUE: | $13.00 OPEN | |

Taxes *2019/2020*    *1ST HALF*   *Due Date*   *07/01/2019*   *REAL ESTATE*

| Transaction Date | Charges/Adjustments | Payments/Adjustments |
|---|---|---|
| 06/01/2019   TAX ORG | $40,257.14 | $0.00 |
| AMOUNT DUE: | $40,257.14 OPEN | |

Taxes 2019/2020    2ND HALF   Due Date   01/01/2020   REAL ESTATE

| Transaction Date | Charges/Adjustments | Payments/Adjustments |
|---|---|---|
| 06/01/2019   TAX ORG | $40,257.14 | $0.00 |
| 01/01/2020   TAX ADJ MID YEAR TAX CHG | $0.00 | $887.40 |
| AMOUNT DUE: | $39,369.74 OPEN | |

HPD MULTI DWELLING REGISTRATIO Due Date   07/01/2019

| | Charges/Adjustments | Payments/Adjustments |
|---|---|---|
| 06/01/2019   SAF ORG | $13.00 | $0.00 |
| AMOUNT DUE: | $13.00 OPEN | |

Taxes 2018/2019    1ST HALF   Due Date   07/01/2018   REAL ESTATE

| Transaction Date | Charges/Adjustments | Payments/Adjustments |
|---|---|---|
| 06/01/2018   TAX ORG INIT CHG | $37,591.44 | $0.00 |
| 11/28/2018   INT ADJ | $1.13 | $0.00 |

NOTE: SECOND HALF TAXES SUBJECT TO CHANGE DUE TO TAX RATE ADJUSTMENT. RESPONSIBILITY LIMITED TO THOSE ITEMS AND INSTALLMENTS THAT ARE LIENS AS OF DATE OF THIS REPORT AND REFLECT ON THE PUBLIC RECORDS. TAX SEARCH DOES NOT COVER ANY PART OF THE STREETS ON WHICH THE PREMISIS TO BE INSURED ABUT. RECENT PAYMENTS MAY BE SUBJECT TO COLLECTION. TAX EXEMPTIONS NOTED ABOVE WERE RESTORED ON THE DATE OF CONVEYANCE OR UPON DEATH OF RECORD OWNER. TAX SEARCH DOES NOT GUARANTEE AGAINST ANY CLAIMS RESULTING FROM LEVIES OF RESTORED TAXES. ACCURATE WATER METER READING REQUIRED FOR THOSE REPORTED AS MINIMUM, ACTUAL, ESTIMATED OR MULTIPLE READINGS TO AVOID ADDITIONAL CHARGES. TAX SEARCH DOES NOT GUARANTEE AGAINTS NEW METERS OR UNFIXED FRONTAGE CHARGES NOT ON RECORD IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION. THE RETURNS ARE GURANTEED TO BLOCK AND LOT.
* PLEASE REQUEST THE SELLER OR BORROWER TO HAVE RECEIPTED BILLS AT THE CLOSING *

# MDSNY

The unpaid taxes, water rates, assessments and other matters relating to taxes which are liens at the date of this certificate are set forth below.

CODE: BETTER          TITLE: RANY-40759          DATE: 08/11/2020

CNTY: NEW YORK          COMPANY: BETTER RESEARCH

SEC: 4     VOL: 8

BLOCK: 1204    LOT: 54

| Date | Transaction | Charges/Adjustments | Payments/Adjustments |
|---|---|---|---|
| 11/20/2018 | INT ADJ | $1,300.86 | $0.00 |
| 11/20/2018 | CHG PAY | $0.00 | $13,699.14 |
| 11/28/2018 | CHG PAY | $0.00 | $11.87 |
| 11/28/2018 | INT PAY | $0.00 | $1.13 |
| 11/20/2018 | INT PAY | $0.00 | $1,300.86 |
| | AMOUNT DUE: | $23,880.43 OPEN | |

Taxes 2018/2019     2ND HALF     Due Date     01/01/2019     REAL ESTATE

| Transaction Date | | Charges/Adjustments | Payments/Adjustments |
|---|---|---|---|
| 06/01/2018 | TAX ORG INIT CHG | $37,591.44 | $0.00 |
| 11/16/2018 | TAX ADJ TAXRATEDEC | $0.00 | $632.48 |
| | AMOUNT DUE: | $36,958.96 OPEN | |

DEPT OF HEALTH EXTERMINATION     Due Date     10/01/2018

| 06/30/2018 | SAC ORG INIT CHG | $93.75 | $0.00 |
|---|---|---|---|
| 06/30/2018 | SAT ORG SALES TAX | $8.32 | $0.00 |
| | AMOUNT DUE: | $102.07 OPEN | |

DEPT OF HEALTH EXTERMINATION     Due Date     10/01/2018

| 07/31/2018 | SAC ORG INIT CHG | $93.75 | $0.00 |
|---|---|---|---|
| 07/31/2018 | SAT ORG SALES TAX | $8.32 | $0.00 |
| | AMOUNT DUE: | $102.07 OPEN | |

DEPT OF HEALTH EXTERMINATION     Due Date     10/01/2018

| 07/31/2018 | SAC ORG INIT CHG | $62.50 | $0.00 |
|---|---|---|---|
| 07/31/2018 | SAT ORG SALES TAX | $5.55 | $0.00 |
| | AMOUNT DUE: | $68.05 OPEN | |

DEPT OF HEALTH EXTERMINATION     Due Date     10/01/2018

| 08/15/2018 | SAC ORG INIT CHG | $93.75 | $0.00 |
|---|---|---|---|
| 08/15/2018 | SAT ORG SALES TAX | $8.32 | $0.00 |
| | AMOUNT DUE: | $102.07 OPEN | |

R5     Due Date     10/01/2018

| 06/15/2018 | SAC ORG INIT CHG | $85.50 | $0.00 |
|---|---|---|---|
| 06/15/2018 | SAT ORG SALES TAX | $7.59 | $0.00 |
| | AMOUNT DUE: | $93.09 OPEN | |

\* ALL PAYMENTS SUBSEQUENT TO 7/10/2020 ARE SUBJECT TO COLLECTION.

**\*\*PLEASE NOTE PROPERTY SHOWS ON 2020 TAX LIEN SALE LIST. DUE TO COVID-19 THE LIEN SALE SET TO TAKE PLACE ON MAY 15TH HAS BEEN DELAYED. THE 2020 LIEN SALE IS NOW SET TO TAKE PLACE SEPTEMBER 4TH 2020. PLEASE HAVE ALL PAYMENTS MADE TO DOF/DEP NO LATER THAN AUGUST 31ST 2020. \*\***

**\*\*DEPARTMENT OF FINANCE RECORDS SHOW TAX LIEN(S) SOLD IN 2009 & 2010 WERE REDEEMED.\*\***

NOTE: SECOND HALF TAXES SUBJECT TO CHANGE DUE TO TAX RATE ADJUSTMENT. RESPONSIBILITY LIMITED TO THOSE ITEMS AND INSTALLMENTS THAT ARE LIENS AS OF DATE OF THIS REPORT AND REFLECT ON THE PUBLIC RECORDS. TAX SEARCH DOES NOT COVER ANY PART OF THE STREETS ON WHICH THE PREMISIS TO BE INSURED ABUT. RECENT PAYMENTS MAY BE SUBJECT TO COLLECTION. TAX EXEMPTIONS NOTED ABOVE MAYBE RESTORED ON THE DATE OF CONVEYANCE OR UPON DEATH OF RECORD OWNER. TAX SEARCH DOES NOT GUARANTEE AGAINST ANY CLAIMS RESULTING FROM LEVIES OF RESTORED TAXES. ACCURATE WATER METER READING REQUIRED FOR THOSE REPORTED AS MINIMUM, ACTUAL, ESTIMATED AND MULTIPLE READINGS TO AVOID ADDITIONAL CHARGES. TAX SEARCH DOES NOT GUARANTEE AGAINTS NEW METERS OR UNFIXED FRONTAGE CHARGES NOT ON RECORD IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION. THE RETURNS ARE GURANTEED TO BLOCK AND LOT.
\* PLEASE REQUEST THE SELLER OR BORROWER TO HAVE RECEIPTED BILLS AT THE CLOSING \*

**MDSNY**  The unpaid taxes, water rates, assessments and other matters relating to taxes
which are liens at the date of this certificate are set forth below.

CODE: BETTER          TITLE: RANY-40759              DATE: 08/11/2020
CNTY: NEW YORK        COMPANY: BETTER RESEARCH
SEC: 4    VOL: 8
BLOCK: 1204   LOT: 54

**\*\*DUE TO NEW YORK STATE SUPREME COURT RULING, ACCESS TO DEP RECORDS IS
CURRENTLY UNAVAILABLE TO ALL RESEARCH COMPANIES.
THE FOLLOWING INFORMATION HAS BEEN ABSTRACTED FROM AVAILABLE ONLINE RECORDS,
FURTHER INFORMATION AND/OR ACCOUNT DETAILS CANNOT BE PROVIDED AT THIS TIME.
PLEASE CONTACT DEP AT 718-595-7000 FOR ADDITIONAL INFORMATION.**


**\*\*MUNICIPAL DATA CAN STILL ASSIST IN SCHEDULING FINAL METER READINGS. PLEASE
CONTACT US AT 718-815-0707 OR CONTACT DEP DIRECTLY AT 718-595-7000 ALL
READINGS SHOULD BE SCHEDULED 30 DAYS PRIOR TO CLOSING\*\***


**PLEASE PRODUCE BILLS/RECEIPTS AT CLOSING\*\*\***


**D.E.P. ACCOUNT #5000125648001**


**TOTAL DUE ON DEP ACCOUNT $7,174.15 OPEN**


**NOTE: ALL PROPERTIES ARE SUBJECT TO REBILLING BY DEP UNLESS A TITLE READ IS ORDERED THIRTY
DAYS PRIOR TO CLOSING.**

**PAYMENT INFORMATION
-------------------
MAIL PAYMENT TO:
NYC DEPARTMENT OF FINANCE (DOF)
P.O. BOX 680
NEWARK, NJ 07101-0680
MAKE CHECKS PAYABLE TO: NYC DEPARTMENT OF FINANCE**

**MAIL PAYMENT TO
NYC WATER BOARD (DEP)
P.O. BOX 11863
NEWARK, NJ 07101-8163
MAKE CHECKS PAYABLE TO: NYC WATER BOARD**


**NOTE: A SPECIAL METER READING SHOULD BE OBTAINED ON ALL ACCOUNTS TO AVOID ADDITIONAL CHARGES.**

**SUBJECT TO CONTINUATION PRIOR TO CLOSING.
NOTHING ELSE FOUND 08/11/2020**

NOTE: SECOND HALF TAXES SUBJECT TO CHANGE DUE TO TAX RATE ADJUSTMENT. RESPONSIBILITY LIMITED TO THOSE ITEMS AND INSTALLMENTS THAT ARE LIENS AS OF DATE OF THIS
REPORT AND REFLECT ON THE PUBLIC RECORDS. TAX SEARCH DOES NOT COVER ANY PART OF THE STREETS ON WHICH THE PREMISIS TO BE INSURED ABUT. RECENT PAYMENTS MAY BE SUBJECT
TO COLLECTION. TAX EXEMPTIONS NOTED ABOVE MAYBE RESTORED ON THE DATE OF CONVEYANCE OR UPON DEATH OF RECORD OWNER. TAX SEARCH DOES NOT GUARANTEE AGAINST ANY CLAIMS
RESULTING FROM LEVIES OF RESTORED TAXES. ACCURATE WATER METER READING REQUIRED FOR THOSE REPORTED AS MINIMUM, ACTUAL, ESTIMATED AND MULTIPLE READINGS TO AVOID
ADDITIONAL CHARGES. TAX SEARCH DOES NOT GUARANTEE AGAINTS NEW METERS OR UNFIXED FRONTAGE CHARGES NOT ON RECORD IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION. THE
RETURNS ARE GURANTEED TO BLOCK AND LOT.
* PLEASE REQUEST THE SELLER OR BORROWER TO HAVE RECEIPTED BILLS AT THE CLOSING *

# MDSNY

The unpaid taxes, water rates, assessments and other matters relating to taxes which are liens at the date of this certificate are set forth below.

CODE: BETTER          TITLE: RANY-40759          DATE: 08/11/2020

CNTY: NEW YORK          COMPANY: BETTER RESEARCH

SEC: 4     VOL: 8

BLOCK: 1204     LOT: 54

MUNICIPAL DATA SERVICES SHALL BEAR NO LIABILITY For ERRONEOUS Or INACCURATE INFORMATION PROVIDED BY THE DEPARTMENT Of FINANCE INCLUDING BUT Not LIMITED To ERRORS DUE To LOADING, KEY ENTRY, PROCESSING, DATA COMMUNICATION,HARDWARE And SOFTWARE PROBLEMS Or THE BACKDATING OF ANY INFORMATION.

NOTE: SECOND HALF TAXES SUBJECT TO CHANGE DUE TO TAX RATE ADJUSTMENT. RESPONSIBILITY LIMITED TO THOSE ITEMS AND INSTALLMENTS THAT ARE LIENS AS OF DATE OF THIS REPORT AND REFLECT ON THE PUBLIC RECORDS. TAX SEARCH DOES NOT COVER ANY PART OF THE STREETS ON WHICH THE PREMISIS TO BE INSURED ABUT. RECENT PAYMENTS MAY BE SUBJECT TO COLLECTION. TAX EXEMPTIONS NOTED ABOVE MAYBE RESTORED ON THE DATE OF CONVEYANCE OR UPON DEATH OF RECORD OWNER. TAX SEARCH DOES NOT GUARANTEE AGAINST ANY CLAIMS RESULTING FROM LEVIES OF RESTORED TAXES. ACCURATE WATER METER READING REQUIRED FOR THOSE REPORTED AS MINIMUM, ACTUAL, ESTIMATED AND MULTIPLE READINGS TO AVOID ADDITIONAL CHARGES. TAX SEARCH DOES NOT GUARANTEE AGAINTS NEW METERS OR UNFIXED FRONTAGE CHARGES NOT ON RECORD IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION. THE RETURNS ARE GURANTEED TO BLOCK AND LOT.
* PLEASE REQUEST THE SELLER OR BORROWER TO HAVE RECEIPTED BILLS AT THE CLOSING *

Property Information | Apply for Exemptions | Get Help

Property Address Search | BBL Search | REUC Search

**Property Info**
**Account Balance**
Account History
Payment History
Refund History
Notices of Property Value
Property Tax Bills
Benefits - Prop. Owners
Benefits - Business & Construction
Benefits - Gov & Non-Prof
Market Values & Assessments
   2020-2021 Final
   2020-2021 Tentative
   2019-2020 Final
   Prior Years

**60 WEST 91 STREET**         **Borough: MANHATTAN**
**Block: 1204 Lot: 54**

08/10/2020   [📅]   Update Values

1 of 1

**Actions**
🖨 Printable Summary
🖨 Printable Version

**More Info**
FAQ

🖨 Printable Version

### Account Balance Summary

| Year | Charge Amt. | Discount | Interest | Other/Fees | Total |
|------|------------|----------|----------|------------|-------|
| 2019 | 61,268.64 | 0.00 | 23,619.41 | 38.10 | 84,926.15 |
| 2020 | 79,626.88 | 0.00 | 13,475.17 | 13.00 | 93,115.05 |
| 2021 | 82,174.00 | 0.00 | 818.33 | 13.00 | 83,005.33 |
| Total: | 223,069.52 | 0.00 | 37,912.91 | 64.10 | 261,046.53 |

### Account Balance Details

| Year | Period | Charge Type | Account ID | Due Date | Charge Amt. | Discount | Interest | Other/Fees | Total |
|------|--------|-------------|-----------|----------|------------|----------|----------|------------|-------|
| 2019 | 1 | TAX | | 07/01/2018 | 23,880.43 | 0.00 | 11,043.94 | 0.00 | 34,924.37 |
| 2019 | 2 | DOH | | 10/01/2018 | 93.75 | 0.00 | 37.28 | 8.32 | 139.35 |
| 2019 | 2 | DOH | | 10/01/2018 | 93.75 | 0.00 | 37.28 | 8.32 | 139.35 |
| 2019 | 2 | DOH | | 10/01/2018 | 62.50 | 0.00 | 24.85 | 5.55 | 92.90 |
| 2019 | 2 | DOH | | 10/01/2018 | 93.75 | 0.00 | 37.28 | 8.32 | 139.35 |
| 2019 | 2 | | | 10/01/2018 | 85.50 | 0.00 | 34.00 | 7.59 | 127.09 |
| 2019 | 3 | TAX | | 01/01/2019 | 36,958.96 | 0.00 | 12,404.78 | 0.00 | 49,363.74 |
| 2020 | 1 | REG FEE | 123538 | 07/01/2019 | 0.00 | 0.00 | 0.00 | 13.00 | 13.00 |
| 2020 | 1 | TAX | | 07/01/2019 | 40,257.14 | 0.00 | 8,921.39 | 0.00 | 49,178.53 |
| 2020 | 3 | TAX | | 01/01/2020 | 39,369.74 | 0.00 | 4,553.78 | 0.00 | 43,923.52 |
| 2021 | 1 | REG FEE | 123538 | 07/01/2020 | 0.00 | 0.00 | 0.00 | 13.00 | 13.00 |
| 2021 | 1 | TAX | | 07/01/2020 | 41,087.00 | 0.00 | 818.33 | 0.00 | 41,905.33 |
| 2021 | 3 | TAX | | 01/01/2021 | 41,087.00 | 0.00 | 0.00 | 0.00 | 41,087.00 |
| Total: | | | | | 223,069.52 | 0.00 | 37,912.91 | 64.10 | 261,046.53 |

### Notes

To make a payment, visit www.nyc.gov/payonline.
Payments made today are not reflected in the balances above.

Directory of City Agencies    Contact NYC Government    City Employees
Notify NYC    CityStore    Stay Connected
NYC Mobile Apps    Maps    Resident Toolkit

City of New York. 2019
All Rights Reserved.
NYC is a trademark and service mark of the City of New York



FINANCE NEW • YORK
MARTHA E. STARK
COMMISSIONER

# NYC Digital Tax Map

Effective Date : 12-09-2008 10:19:26
End Date : Current

Manhattan Block: 1204

**Legend**

- Streets
- Miscellaneous Text
- Possession Hooks
- Boundary Lines
- Lot Face Possession Hooks
- Regular
- Underwater
- Tax Lot Polygon
- Condo Number
- Tax Block Polygon

0 20 40 80 120 160 Feet

# RIVERSIDE ABSTRACT, LLC
### as Agent for
### AMTRUST TITLE INSURANCE COMPANY

## MUNICIPAL DEPARTMENT SEARCHES AND STREET REPORT

Title No.: **RANY-40759**

Any searches or returns reported herein are furnished **FOR INFORMATION ONLY**.  They will not be insured and the Company assumes no liability for the accuracy thereof.  They **WILL NOT BE CONTINUED** to date of closing.

| | |
|---|---|
| **Patriot Search** | HEREIN |
| **Bankruptcy Search** | HEREIN |
| **Certificate of Occupancy** | HEREIN |
| **Housing & Building** | HEREIN |
| **Fire Dept. Search** | HEREIN |
| **Emergency Repairs** | HEREIN |
| **Street Report** | HEREIN |
| **Air Resources** | HEREIN |

## STREET VAULTS

In New York City, if there is a STREET VAULT, it is suggested that the applicant investigate possible unpaid license fees by the City of New York for the use of such vault, because the right to maintain it **IS NOT INSURED**, nor does the Company insure that the vault charges have been paid.

3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234

**RIVERSIDE**
ABSTRACT

212 Second Street, Suite 502
Lakewood, NJ 08701

# UNITED STATES PATRIOT NAME SEARCH

**Date:**  September 3, 2020 **Title No.:**  RANY-40759

NAME(S) OF INDIVIDUAL(S), CORPORATION(S) OR BUSINESS(ES)

**60 91St Street Corp.**

This information is as of 08/18/2020

WE HAVE SEARCHED THE SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS LIST, MAINTAINED BY THE OFFICE OF FOREIGN ASSETS CONTROL OF THE U.S DEPARTMENT OF TREASURY, AND REPORT THE FOLLOWING FINDINGS WITH RESPECT TO THE PERSON OR ENTITY LISTED ABOVE:

☒ **There is no record found for the above mentioned individual, corporation or business.**

☐ **A record was found against someone of same or similar name as the above mentioned individual, corporation or business.**

### IMPORTANT NOTICE ABOUT THE ABOVE SEARCH INFORMATION

The Special Designated Nationals (SDN) List is frequently updated. There is no predetermined timetable, but rather names are added and removed as necessary and appropriate.

RIVERSIDE ABSTRACT, LLC does hereby certify that the records of the above Governmental agency were examined and that the information recorded above is a true and accurate abstract of the information contained therein.

This report is submitted for information purposes only. Liability is limited to errors and omissions of information properly indexed, filed and recorded with the above governmental agency. The liability under this search will not exceed $1,000 and shall be confined to the applicant for whom the search was made.



# BANKRUPTCY SEARCH

**Date:** September 3, 2020                                    **Title No.:** RANY-40759

NAME(S) OF INDIVIDUAL(S), CORPORATION(S) OR BUSINESS(ES)

**60 91St Street Corp.**

This information is as of 08/18/2020

LAST KNOWN ADDRESS:

COUNTY: New York

SOCIAL SECURITY OR FEDERAL IDENTIFICATION NO.:

---

A search of the records of the United States Bankruptcy Court, for the above County, has been made in all districts of New York with the following results:

☐ There is no record of a bankruptcy filing for the above referenced individual, corporation or business.

☒ See attached for active and/or closed cases found on file.

☐ Due to multiple listings and/or variations of the above referenced name a Social Security or EIN No. is required.

IMPORTANT NOTICE ABOUT THE ABOVE SEARCH INFORMATION

Riverside Abstract, LLC does hereby certify that the records of the above Governmental agency were examined and that the information recorded above is a true and accurate abstract of the information contained therein.

This report is submitted for information purposes only. Liability is limited to errors and omissions of information properly indexed, filed and recorded with the above governmental agency. The liabilities under this search shall not exceed $1,000 and shall be confined to the applicant for whom the search was made.

This search does not include filings other than the microfiche or index Sections of the United States Bankruptcy Clerk's Office.

**20-10338-scc** 60 91st Street Corp.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Shelley C. Chapman
**Date filed:** 02/04/2020 **Date of last filing:** 08/17/2020

# Case Summary

**Office:** Manhattan

**County:** NEW YORK-NY
**Fee:** Paid
**Origin:** 0
**Previous term:**

**Joint:** n

**Original chapter:** 11
**Current chapter:** 11

| | |
|---|---|
| **Filed:** 02/04/2020 | |
| **Terminated:** | |
| **Debtor discharged:** | |
| **Reopened:** | |
| **Converted:** | |
| **Debtor dismissed:** | |
| **Confirmation hearing:** | |

**Nature of debt:** business
**Pending status:** Appeal Filed
**Flags:** APPEAL

**Trustee:** Heidi J. Sorvino, Chapter 11 Trustee,   **City:**   **Phone:**

**Trustee:** United States Trustee   **City:** New York   **Phone:** (212) 510-0500   **Fax:** (212) 668-2255   **Email:** USTPRegion02.NYECF@USDOJ.GOV

**Party 1:** 60 91st Street Corp.   (Debtor)
  Tax ID / EIN: 13-3786454

**Atty:** Charles A Higgs   **Represents party 1:** Debtor   **Phone:** 917-673-3768   **Email:** Charles@Freshstartesq.com
**Location of case files:**
  **Volume:** CS1
The case file may be available.



# MUNICIPAL DATA
## — SERVICES —

25 Hyatt Street – Suite 301
Staten Island, NY 10301
Phone – (718) 815-0707
Fax – (718) 815-9101
www.munidata.com

| | | | |
|---|---|---|---|
| **County:** | MANHATTAN | **Search Date:** | 08/11/2020 |
| **Title/CoNo.:** | BETTER RANY-40759 | | |
| **Address:** | 60 WEST 91 STREET | | |
| **Block:** | 1204 | | |
| **Lot:** | 54 | | |

## CERTIFICATE OF OCCUPANCY SEARCH

A SEARCH OF THE RECORDS OF THE NEW YORK CITY DEPARTMENT OF BUILDINGS WAS PERFORMED SUBSEQUENT TO SEPTEMBER 11, 2001. DUE TO RESTRICTIONS ON ACCESS, CERTAIN INFORMATION WAS RESEARCHED AND PROVIDED BY DOB PERSONNEL.

Attached find a copy of Certificate of Occupancy # 69738
issued on 11/12/1970 FOR A CELLAR, BASEMENT AND FOUR STORY
NON-FIREPROOF BUILDING; NINE APARTMENTS.

According to the Building Department Index/Computer records,
there are no alteration plans approved subsequent to the
Certificate of Occupancy that either change or propose to
change the legal occupancy of these premises.

## IMPORTANT NOTICE REGARDING CERTIFICATE OF OCCUPANCY SEARCHES

THE PURPOSE OF THIS REPORT IS TO PROVIDE THE LATEST CERTIFICATE OF OCCUPANCY AND ANY SUBSEQUENT ALTERATIONS THAT PROPOSE TO CHANGE THE USE OR OCCUPANCY. IT MAY NOT INCLUDE MINOR NON-STRUCTURAL ALTERATIONS OR FILINGS NEVER APPROVED.

Municipal Data Services Inc. certifies that the records of the above municipal agency were examined on behalf of BETTER RESEARCH. The information reported above is a true and accurate abstract of the information on file therein. This report is submitted for information purposes only. There are no intended third party beneficiaries. No liability is assumed.



Form 54-C (Rev. 4/62)–80M-601036(62) 114

80

# DEPARTMENT OF BUILDINGS

### BOROUGH OF MANHATTAN , THE CITY OF NEW YORK

Date November 12, 1970      No. 69738

# CERTIFICATE OF OCCUPANCY

**NO CHANGES OF USE OR OCCUPANCY NOT CONSISTENT WITH THIS CERTIFICATE SHALL BE MADE UNLESS FIRST APPROVED BY THE BOROUGH SUPERINTENDENT**

This certificate supersedes C. O. No. 69319 Temp.

THIS CERTIFIES that the ~~new~~ altered ~~existing~~ —building—premises located at 60 West 91st Street Block 1204 Lot 54

That the zoning lot and premises above referred to are situated, bounded and described as follows:

BEGINNING at a point on the **south** side of **West 91st Street** distant **241** feet **east** from the corner formed by the intersection of **Columbus Avenue** and **West 91st Street**

running thence **east 20** feet; thence **south 100.8½** feet;
thence **west 20** feet; thence **north 100.8½** feet;
running thence .................... feet; thence .................... feet;

to the point or place of beginning, conforms substantially to the approved plans and specifications, and to the requirements of the Building Code, the Zoning Resolution and all other laws and ordinances, and of the rules of the Board of Standards and Appeals, applicable to a building of its class and kind at the time the permit was issued; and

CERTIFIES FURTHER that, any provisions of Section 646F of the New York City Charter have been complied with as certified by report of the Fire Commissioner to the Borough Superintendent.      **Class 3**

N.B. or Alt. No.— **Heretofore Converted**      Construction classification— **Nonfireproof**
Occupancy classification—**Class "A" Mult. Dwell.** Height Bsmt. & 4 stories, 60 feet.
Date of completion— **August 5, 1970** . Located in **R 7-2** Zoning District.
at time of issuance of permit. **2706-1970**

This certificate is issued subject to the limitations hereinafter specified and to the following resolutions of the Board of Standards and Appeals: (Calendar numbers to be inserted here)
and The City Planning Commission:

## PERMISSIBLE USE AND OCCUPANCY

Off-Street Parking Spaces ....................

Off-Street Loading Berths ....................

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED | USE |
|---|---|---|---|
| Clr. On Ground | | | Boiler room, storage room, tenants laundry room. |
| Bsmt. | 40 | | One (1) apartment. |
| 1st to 4th Incl. | 40 each | | Two (2) apartments on each story. |

THIS CERTIFICATE SHALL ALSO BE CONSIDERED A CERTIFICATE OF COMPLIANCE OR OCCUPANCY UNDER SECTION 301 OF THE MULTIPLE DWELLING LAW.

*Warren J. Gaming*
Borough Superintendent

OFFICE COPY—DEPARTMENT OF BUILDINGS

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.


**Search Date:** 08/11/2020

**County:** MANHATTAN

**Title/CoNo.:** BETTER RANY-40759

**Address:** 60 WEST 91 STREET

**Block:** 1204
**Lot:** 54

# HOUSING AND BUILDING DEPARTMENT SEARCH

A search of the records of the Department of Buildings and the Rent and Housing Maintenance Department of the City of New York was made on **08/10/2020** . The following violations were reported pending:

## BUILDING DEPARTMENT:

(8) VIOLATIONS

## RENT AND HOUSING MAINTENANCE DEPARTMENT:

VIOLATIONS ATTACHED

Last Date of Posting:     07/11/2020

Municipal Data Services Inc. certifies that the records of the above municipal agency were examined on behalf of BETTER RESEARCH. The information reported above is a true and accurate abstract of the information on file therein. This report is submitted for information purposes only. There are no intended third party beneficiaries. No liability is assumed.

3597214          11858811

# HEATING PLANT INSPECTIONS
## NEW REQUIREMENTS FOR LOCAL LAW 62/91

In accordance with Local Law 62/91 owners of commercial buildings or buildings with six or more units (apartments) are required to have their boilers inspected annually and submit an inspection report to the Department of Buildings with a filing fee of $30.00 per boiler. The reports must be filed on forms supplied by the Department of Buildings within 30 days of the inspection date and prior to December 31 of each calendar year starting with 1992. Failure to file may subject the owner to a civil penalty of $1500.00 in accordance with Section 26-125 of the Administrative Code.

The following NYC licenses are qualified to perform the inspection regardless of the fuel type:

1. HIGH PRESSURE BOILER OPERATORS
2. OIL BURNER EQUIPMENT INSTALLERS
3. NYC AUTHORIZED INSURANCE COMPANIES
4. NYC LICENSED MASTER PLUMBERS

This filing with the Department of Buildings supercedes and replaces the Heating Plant Self-Inspection Certification formerly required by the Department of Housing Preservation and Development, Division of Code Enforcement.

### Boiler Division: (212) 393-2661 / Email: BoilersInfo@buildings.nyc.gov

**The following violations for Boiler Inspections are on file for premises.**

| | |
|---|---|
| V  031893LL629117178 | |
| V  031894LL629117178 | |
| V  082995LL629112492 | |
| V  021097LL629105043 | |
| V  020700LL629103643 | |
| V  032602LL629103630 | |
| V  121311LBLVIO01917 | |
| V  100115LBLVIO03184 | |
| | |
| | |
| | |
| | |
| | |
| | |

Please note: This is a computer generated violation, no copies available. Contact the above number for any penalties and or fines due. Contact a licensed professional for proper filings.

§ ◂ ◂(•)▸ ▯

HPD Building      Maint'n Violation      Services --- Select --- ▾      Home

| The selected address: **60 WEST 91 STREET, Manhattan 10024** |
|---|

**This building has filed records with the <u>New York State Division of Housing and Community Renewal</u> at least one time from 1993 to the present year and may contain one or more regulated apartments.**

| HPD#<br>36927 Active | Range<br>60-60 | Block<br>01204 | Lot<br>0054 | CD<br>7 | CensusTract<br>17700 | Stories<br>4 | A Units<br>9 | B Units<br>0 | Ownership<br>PVT | Registration#<br>123538 | Class<br>G |
|---|---|---|---|---|---|---|---|---|---|---|---|

Other Units

Property
Owner
Registration
Information

Charges

Complaint
Status

Complaint
History

Litigation/Case
Status

Tenant
Harassment
Report

**All Open
Violations**

prior year
Open Viol.'s

Ecertification

Overdue Lead
Paint Viol.
Correction

Vacate Orders

Violations By
Date

Images

I-Card
Images

PROS Online

Bed Bugs

HPD Map

Map

## THIS PROPERTY IS NOT CURRENTLY VALIDLY REGISTERED WITH HPD.

Residential properties are required to register with HPD every year. If you are the owner or agent for this property, go to our <u>Property Registration page</u> to find out more about registration requirements or to use our Property Registration Online System, which allows you to begin the registration process. If you just wish to view the existing registration information for the property, click on the Property Owner Registration Information link on the left hand tool bar on this page.

### Building Registration Summary Report

Find Apartment#      [ Clear ]   [ Search ]

| Owner | Last Reg Dt<br>Reg Expire Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Head Officer | 11/27/2018<br>**09/01/2019** | | MORTIMER | KIM | 60 | WEST 91ST STREET | | New York | NY | 10024 |
| Corporation | 11/27/2018<br>**09/01/2019** | 6091ST STREET CORPORATION | | | 60 | WEST 91ST STREET | | New York | NY | 10024 |
| Managing Agent | 11/27/2018<br>**09/01/2019** | | MORTIMER | KIM | 60 | WEST 91ST STREET | | NEW YORK Y | NY | 10024 |

## Open Violations - ALL DATES
**There are 29 Violations. Arranged by category:  A class: 5   B class: 18   C class: 5   I class: 1**

**For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).**

**To sort the columns, click on their underlined headers below in the blue area.**

| Apt Story | Reported Date, nov ISSUED Date | Hzrd Class | Order no | Violation ID, NOV ID, NOV Type | Violation Description | Status Status Date | Certify By Date Actual Cert. Date |
|---|---|---|---|---|---|---|---|
| F 3 | 2014/10/07<br>2014/10/09 | B | 579 | 10410826<br>4930902<br>Original | § 27-2026 adm code repair the leaky and/or defective faucets at sink in the kitchen located at apt f, 3rd story, 1st apartment from south at west | NOV SENT<br>2014/10/09 | 2014/11/27 |
| F 3 | 2014/10/07<br>2014/10/09 | B | 501 | 10410833<br>4930902<br>Original | § 27-2005 adm code properly repair the broken or defective bell and return buzzer from the vestibule at public hall to in the entrance located at apt f, 3rd story, 1st apartment from south at west | NOV SENT<br>2014/10/09 | 2014/11/27 |
| F 3 | 2014/10/07<br>2014/10/09 | B | 579 | 10410838<br>4930902<br>Original | § 27-2026 adm code repair the leaky and/or defective faucets at washbasin in the bathroom located at apt f, 3rd story, 1st apartment from south at west | NOV SENT<br>2014/10/09 | 2014/11/27 |
| F 3 | 2014/10/07<br>2014/10/09 | B | 593 * | 10410844<br>4930902 | § 27-2026 adm code repair the flushing apparatus and maintain same so as to flush effectively the | NOV SENT<br>2014/10/09 | 2014/11/27 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Original | water closet .. in the bathroom located at apt f, 3rd story, 1st apartment from south at west | | | |
| A Basement | 2010/09/25 C 2010/09/27 | 508 | 8619911 4023586 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling ceiling in the 5th room from north located at apt a, 1st apartment from east at south | NOV SENT 2010/09/27 | 2010/10/08 |
| A Basement | 2010/09/25 B 2010/09/27 | 510 | 8619912 4023585 Original | § 27-2005 adm code & 309 m/d law abate the nuisance consisting of evidence of water penetration at east wall in the 5th room from north located at apt a, 1st apartment from east at south | NOV LATE 2011/06/07 | 2011/11/15 2011/06/07 |
| A Basement | 2010/09/25 C 2010/09/27 | 550 | 8619913 4023586 Original | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at east wall in the 5th room from north located at apt a, 1st apartment from east at south | NOV SENT 2010/09/27 | 2010/10/08 |
| A Basement | 2010/09/25 C 2010/09/27 | 508 | 8619914 4023586 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color : east wall in the 5th room from north located at apt a, 1st apartment from east at south | NOV SENT 2010/09/27 | 2010/10/08 |
| A Basement | 2010/09/25 B 2010/09/27 | 502 | 8619915 4023585 Original | § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the 5th room from north located at apt a, 1st apartment from east at south | NOV LATE 2011/06/07 | 2011/11/15 2011/06/07 |
| A Basement | 2010/09/25 A 2010/09/27 | 501 | 8619916 4023584 Original | § 27-2005 adm code properly repair the broken or defective bell-buzzer/intercom system in the entire apartment located at apt a, 1st apartment from east at south | NOV LATE 2011/06/07 | 2011/01/14 2011/06/07 |
| A Basement | 2010/09/25 B 2010/09/27 | 702 | 8619917 4023585 Original | § 27-2045 adm code repair or replace the smoke detector defective at entire apartment, apartment | NOV LATE 2011/06/07 | 2010/11/15 2011/06/07 |
| Basement | 2010/09/25 C 2010/09/27 | 502 | 8620483 4023586 Original | § 27-2005 adm code properly repair with similar material the broken or defective second concrete tread from bottom at rear yard | NOV SENT 2010/09/27 | 2010/10/08 |
| A Basement | 2010/02/12 A 2010/02/16 | 556 | 8282576 3869252 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the 5th room from north located at apt a, 1st apartment from east at south | NOV LATE 2011/06/07 | 2010/06/05 2011/06/07 |
| A Basement | 2010/02/12 B 2010/02/16 | 508 | 8280806 3869253 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the east wall in the 5th room from north located at apt a, 1st apartment from east at south | NOV LATE 2011/06/07 | 2010/04/06 2011/06/07 |
| A Basement | 2010/02/12 B 2010/02/16 | 1503 | 8280807 3869253 Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective in the entire apartment located at apt a, 1st apartment from east at south | NOV LATE 2010/04/19 | 2010/04/06 2010/04/19 |
| A Basement | 2010/02/12 B 2010/02/16 | 702 | 8280808 3869253 Original | § 27-2045 adm code repair or replace the smoke detector dfective in the entire apartment located at apt a, 1st apartment from east at south | NOV LATE 2010/04/19 | 2010/04/06 2010/04/19 |
| Yards / Courts | 1987/06/08 B 2008/08/18 | 686 | 2985185 3430262 Reissued | d26-19.07 adm code provide adequate lighting at or near the outside of the front entranceway of the building and keep same burning from sunset every day to sunrise on the day following night inspection lights not on. | NOV SENT 2008/08/18 | 2008/10/06 |
| I 4 | 2007/04/12 A 2007/04/16 | 501 | 6696492 2945770 Original | § 27-2005 adm code properly repair the broken or defective door in the 1st bedroom from north at east located at apt i, 4th story, apartment at north | NOT COMPLIED 2007/06/25 | 2007/08/08 |
| I 4 | 2007/04/12 A 2007/04/16 | 529 | 6696493 2945770 Original | § 27-2005 adm code refit door in the entrance located at apt i, 4th story, apartment at north | NOT COMPLIED 2007/06/25 | 2007/08/08 |
| I 4 | 2007/04/12 B 2007/04/16 | 702 | 6696511 2945771 Original | § 27-2045 adm code repair or replace the smoke detector wall mounted not installed within 4 to 12 inches of ceiling in the entire apartment located at apt i, 4th story, apartment at north | NOV LATE 2007/07/12 | 2007/06/09 2007/07/12 |
| I 4 | 2007/04/12 B 2007/04/16 | 508 | 6696597 2945771 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color walls and ceiling in the 1st room from north at west located at apt i, 4th story, apartment at north | NOV LATE 2007/07/12 | 2007/06/09 2007/07/12 |
| B 1 | 2006/08/18 B 2006/08/22 | 501 | 6325274 2797267 Original | § 27-2005 adm code properly repair the broken or defective bell, buzzer in the entire apartment located at apt b, 1st story, 1st apartment from east at south | NOT COMPLIED 2007/06/25 | 2006/10/15 |
| F 3 | 2006/08/18 B 2006/08/22 | 501 | 6325298 2797270 Original | § 27-2005 adm code properly repair the broken or defective bell buzzar in the entire apartment located at apt f, 3rd story, 1st apartment from south at west | NOT COMPLIED 2007/06/25 | 2006/10/15 2006/06/01 |
| H 4 | 2006/08/17 A 2006/08/21 | 529 | 6321231 2796239 Original | § 27-2005 adm code refit apt door in the entrance located at apt h, 4th story, 1st apartment from north at east | NOT COMPLIED 2007/06/25 | 2006/12/13 |
| H 4 | 2006/07/17 B 2006/07/28 | 501 | 6265652 2766144 Original | § 27-2005 adm code properly repair the broken or defective intercom in the entire apartment located | NOT COMPLIED | 2006/09/20 2007/04/11 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Original | at apt h, 4th story, apartment at west | | 2007/06/25 |
| H 5 | 2006/05/12 2006/05/16 | B | 530 | 6154690 2672089 Original | § 27-2005, 2007 adm code arrange and make self-closing the doors located at apt h, 5th story, apartment at south | NOT COMPLIED 2007/06/25 | 2006/07/09 |
| Cellar | 2006/04/12 2006/04/14 | C | 672 | 6103262 2652017 Original | § 27-2033 adm code provide ready access to buildings heating system boiler room at cellar | NOT COMPLIED 2007/06/25 | 2006/04/30 |
| A Basement | 2005/09/22 2005/09/28 | B | 501 | 5732537 2500548 Original | § 27-2005 adm code properly repair the broken or defective intercom-buzzer at vestibule to apt. a located at bsmt-apt a | NOT COMPLIED 2007/06/25 | 2005/11/21 |
| | 2019/10/25 - | I | 780 | 13357691 | §27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code §27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed. | INFO NOV SENT 2019/10/25 | - |

## MUNICIPAL DATA
### SERVICES

25 Hyatt Street – Suite 301
Staten Island, NY 10301
Phone – (718) 815-0707
Fax – (718) 815-9101
www.munidata.com

**Search Date:** 8/12/2020

**County:** NEW YORK

**Title/CoNo.:** BETTER  RANY-40759

**Address:** 60 WEST 91 STREET

**Block:** 1204
**Lot:** 54

## FIRE DEPARTMENT VIOLATION SEARCH

In reply to your request concerning the above mentioned premises, please be advised that as of **9 A.M. on 6/1/2020**, the records show the following:

**NO VIOLATIONS**

**Violations recorded above are of record in headquarters of the Division of Fire Prevention only, and may not include violations issued by local units.**

Municipal Data services Inc. certifies that the records of the above municipal agency were examined on behalf of BETTER RESEARCH. The information reported above is true and accurate abstract of the information on file therein.  This report is submitted for information purposes only.  There are no intended third party beneficiaries.  No liability is assumed.

3597214          11858809



25 Hyatt Street – Suite 301
Staten Island, NY 10301
Phone – (718) 815-0707
Fax – (718) 815-9101
www.munidata.com

**Search Date:** 8/10/2020

**County:** NEW YORK

**Title/CoNo.:** BETTER  RANY-40759

**Address:** 60 WEST 91 STREET

**Block:** 1204
**Lot:** 54

## EMERGENCY REPAIRS

A search of the records of the Department of Housing Maintenance Emergency Repairs Unit shows the following:

**Amount due HPD:** $0.00          **Last Printed Lien Book:** 7/24/2020

The following Emergency Repair charges were found as of    8/10/2020

(3) BUILDING CHARGE(S)

*** SEE ATTACHED ***

Municipal Data services Inc. certifies that the records of the above municipal agency were examined on behalf of BETTER RESEARCH. The information reported above is true and accurate abstract of the information on file therein.  This report is submitted for information purposes only.  There are no intended third party beneficiaries.  No liability is assumed.

**3597214          11858807**

The selected address: 60 WEST 91 STREET, Manhattan 10024

**This building has filed records with the <u>New York State Division of Housing and Community Renewal</u> at least one time from 1993 to the present year and may contain one or more regulated apartments.**

| HPD# | | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | Registration# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36927 | Active | 60-60 | 01204 | 0054 | 7 | 17700 | 4 | 9 | 0 | PVT | 123538 | G |

## <u>PLEASE REVIEW THIS REPORT IN ITS ENTIRETY, INCLUDING ALL NOTES AT THE END.</u>

**THIS BUILDING CHARGE REPORT PROVIDES NOTICE, AS REQUIRED BY NEW YORK CITY ADMINISTRATIVE CODE §27-2144(a), OF OPEN WORK ORDERS AND FEES REPRESENTING CHARGES THAT MAY BE BILLED TO THIS PROPERTY AND THE DATES THAT THEY WERE ENTERED ON THE RECORDS OF THE DEPARTMENT.**

The <u>Department of Finance website</u> (DOF) provides the current status of any charge listed on this report **after** that charge has been transferred to DOF (see the column furthest to the right on the below charts for the transfer date), including interest accumulation, payments and adjustments. Charges are transferred to DOF for collection once HPD has paid the vendor who completed the work or after an invoice for work done by HPD staff has been completed.

Please be aware that this report does **NOT** include:

- most demolition charges incurred prior to January 1, 2000.

- most non-demolition charges incurred by HPD prior to July 1, 1999.

- Civil penalties imposed by the Housing Court for failure to comply with HPD issued violations.

For information on amounts owed for demolition charges incurred prior to January 1, 2000 and for all non-demolition charges incurred by HPD prior to July 1, 1999, contact HPD's ERP Accounting Unit at (212) 863-6810 to verify the amount owed for those charges. For information on whether there are pending civil penalties, see the Litigation/Case Status link on the left hand toolbar for this building.

**The Charge Report will include information on the following building(s).**

| HPD Bldg ID | Status | House No | Street name | Life Cycle |
|---|---|---|---|---|
| 36927 | Active | 60 | WEST 91 STREET | BLDG |

<div align="center">

### Charges for this Building

Work Orders: **3**          Fees: **0**

</div>

## Building Charge Report as of 8/9/2020
## Work Orders

| WO TYPE/ WO# | Job General | Total Work Cost | Award Amt Chg Orders (WOs) | Create Dt/ Award Dt/ Invc Dt/ | WO Close Reason | Invoice Approved Amount/ Svc Chg(Y/N) | Admin Fee/ Sales Tax/ | Total Charge | Date Charges Transferred to DOF |
|---|---|---|---|---|---|---|---|---|---|
| **AOR** E637806 | MISC | | 0.00 | 06/23/2006 | No Access | 0.00 | 0.00 0.00 | 0.00 | |
| **Work Order Description:** apt a) at living room remove illegal double cylinder key operated lock at the fire exit door | | | | | | | | | |
| **OMO** E710789 | GC | 884.75 | 884.75 0.00 | 10/13/2006 10/17/2006 | OMO Completed | 884.75 | 75.00 76.31 | 1036.06 | 03/20/07 |

| **Work Order Description:** | apt b) at bedroom, trace and repair source of concealed water leak from above affecting walls and walls and once source is abated restore damaged wa | | | | | | | | |

| **OMO** E716167 | DELEAD | 12.00 | 12.00 0.00 | 12/13/2006 12/18/2006 12/29/2006 | **OMO** Completed | 12.00 | 15.00 1.04 | 28.04 | 04/20/07 |

| **Work Order Description:** | as per rc # 20070012184 (enviro-probe inc), perform total lead analysis of 04 dust wipe sample(s) via environmental protection agency (epa) sw845-3050 |

| **Totals for 60 WEST 91 STREET Life Cycle: BLDG** | | | |
| **Charge Amount: $896.75    Admin Fee: $90.00    Sales Tax: $77.35    Total: $1,064.10** | | | |

| Total for all Work Order & AOR charges on all building(s) on this report: | | | |
| Charge Amount | Admin Fee | Sales Tax | Total |
| $896.75 | $90.00 | $77.35 | $1,064.10 |

## Repair, AEP Fees, Heat/Hot Water Inspection Fees, Inspection Fees Grand Totals

| Invoiced Approved & Fee Amount | Admin Fee | Sales Tax | Total |
|---|---|---|---|
| $896.75 | $90.00 | $77.35 | $1,064.10 |

| **Charge Status** | | | |
|---|---|---|---|
| Invoiced - Not Yet Paid by HPD | Paid by HPD - Not Yet Transferred to DOF | Invoiced and Transferred | Grand Totals |
| $0.00 | $0.00 | $1,064.10 | $1,064.10 |

## Definitions:

### Work Order Section

**Work Type**: There are two work types:

- OMO: (Open Market Order): Private vendors perform Open Market Order (OMO) work, making repairs in response to HPD solicitations to complete the work described.

- AOR: (Area Office Repair): Repair work performed by HPD personnel.

**Work Order #**: Distinct identifier assigned to the work order.

**Job General**: Indicates the general category of the type of work performed. There are some special notes related to specific categories of job general:

- 7A Financial Assistance (7AFA) repair charges are Court/Agency authorized charges for buildings in the 7A Management Program. For more information about whether a 7AFA funded repair is ongoing or completed, or if partial liens have been filed, or will be filed, call the 7AFA Program at (212) 863-7356.

- Utilities: If a property is going to be sold or transferred, it is the responsibility of the parties involved to make sure that all utility bills for service provided by HPD are paid and that service provided by HPD is terminated. Utility Providers can take three or more months to invoice HPD; therefore all charges owed may not be posted on this Building Charge Report at the time of transfer. To terminate service provided by HPD, please contact the Utility Unit at (212)863-7704 for account termination and final invoice estimates.

**Total Work Cost**: This is the current total cost of the work itself, including the award amount and any change orders. This will not be the amount owed, which will include an administrative fee and sales tax and which may be reduced if the work is not performed and only a service charge is billed.

**Estimated Cost**: For Elevator work conducted in order to address Department of Buildings violations, an estimated cost of the work will be provided (not including an administrative fee and sales tax that will be owed after billing is finalized). This cost is subject to change until the work is completed and invoiced.

**Award Amt**: Once the agency and vendor agree on the price for an OMO based on the initial scope of work, this amount is defined as the award amount of the contract, which is listed in the 'Award Amt' column of this report. Since there is no award to an outside vendor when the work is completed by HPD, award amounts for AORs are blank. **Award amounts may not be final and are subject to change order increases or decreases.**

- **Award Amount Note for Utility Charges**: The Award Amount on Utility OMOs is $1.00 because billing by the Utility Company occurs after the utility account is initially set up. There can be multiple invoices for each Utility OMO. Charges that will be owed for utility services may not appear on this report until after the exact amount owed has been determined, which can take numerous months to occur. One charge being listed on this report for a Utility OMO indicates that other charges may be forthcoming for the same Utility OMO later on. In order to find out if there will be future charges due for a Utility OMO in addition to the charges already listed, please call HPD's Utilities Unit at 212-863-7704. Utility charges will continue to accrue until the property owner opens an appropriate account for the service. Multiple Utility OMOs may exist for the same Utility account.
- **Award amount note for Fireguard charges**: The award amount on a Fireguard OMO is initially listed as $1.00 because the amount that the Fireguard provider will be awarded for the work order by HPD is determined only after a Fireguard(s) has been initially posted, and the final amount to be charged depends upon how long the Fireguard is in place at the building. Each hour that a Fireguard is in place results in an additional payment to the Fireguard provider and additional billing to the building owner. There can be multiple OMOS for each Fireguard and/or multiple invoices for each Fireguard OMO. Charges that will be owed for Fireguard services may not appear on this report until after the exact amount owed has been determined. This may take several months. One charge listed on this report for a Fireguard OMO indicates that other charges may be forthcoming for the same Fireguard OMO and/or another Fireguard OMO later on. If you have any questions about the hazardous conditions that are resulting in a fireguard that is currently in place at the building, please call HPD's Special Enforcement Unit at 212-863-8611. Charges for Fireguard services will continue to accrue until the building owner cures the hazardous violating condition(s) that has resulted in the need for a Fireguard to HPD's satisfaction or provides its own licensed Fireguard service that is approved by HPD. All expenses incurred by HPD for the Fireguard service will be charged against the building, and may become a tax lien pursuant to NYC Administrative Code §27-2144 if they remain unpaid.

**Chg Order**: Change orders indicate modifications made to the original scope of work and may result in either an increase or decrease to the initial award amount and to the amount owed. **Change order information will be available only for OMOs awarded on or after August 1, 2011**.

**Svc Chg**: The 'Svc Chg' column, located immediately below the 'Invoice Approved Amount' figure, indicates whether a service charge is owed to a vendor. A service charge is owed when a vendor makes an attempt to visit a property to address a condition pursuant to a work order and the work order is subsequently cancelled (for example, a service charge can be owed when there is no access to make a repair). If 'Y' appears in the Service Charge column and an amount is not present, then the amount that will be owed for the service charge has not yet been determined.

**Total Charge**: Amount to be transferred to DOF for collection by DOF.

## Description of fees types:

- **AEP Fees**: If this building is in the Alternative Enforcement Program (AEP), then fees may be assessed pursuant to New York City Administrative Code Section 27-2153 and Section 36-03 of Chapter 36 of Title 28 of the Rules of the City of New York. These fees become a tax lien against the property if not timely paid. If you have questions about AEP charges and fees, please call the Alternative Enforcement Program at (212)863-8262.

- **Heat and Hot Water Inspection Fees**: For a third or any subsequent inspection that results in a heat violation within the same heat season (October through May) or for a third or any subsequent inspection which results in a hot water violation within a calendar year, HPD will charge a fee of $200 for such inspections, pursuant to New York City Administrative Code Section 27-2115. Such fees become a tax lien against the property if not timely paid.

- **Inspection Fees**: Pursuant to section 27-2115 of the New York City Administrative Code, HPD is authorized to impose a fee for the third and each subsequent complaint-based housing inspection it performs in a particular dwelling unit where certain conditions are met, including HPD having already inspected the unit twice in the same twelve-month period, HPD having issued hazardous (class B) or immediately hazardous (class C) violations, and the owner having failed to repair and timely certify that those violations have been corrected. The fee, if not timely paid, becomes a tax lien against the

property.

**Copies of documents may be requested pursuant to the Freedom of Information Law (FOIL) by writing to: FOIL Officer, HPD, 100 Gold Street, Room 5-U9, New York New York 10038. A FOIL request may also be submitted via the HPD website.**

Print Page



25 Hyatt Street – Suite 301
Staten Island, NY 10301
Phone – (718) 815-0707
Fax – (718) 815-9101
www.munidata.com

**Search Date:** 8/10/2020

**County:** NEW YORK

**Title/CoNo.:** BETTER  RANY-40759

**Address:** 60 WEST 91 STREET

**Block:** 1204
**Lot:** 54

## STREET REPORT

A search of the Topographical Department shows the following results:

Street Width: WEST 91 STREET - MAPPED AT 30' CEDED 04/17/1860 NORTHERLY
OPEN 05/11/1880 SOUTHERLY.

Cross Streets: CENTRAL PARK WEST - MAPPED AT 63' OPEN 1811
TO THE FULL WIDTH
COLUMBUS AVENUE - MAPPED AT 60' OPEN 12/23/1854
TO THE FULL WIDTH

Municipal Data services Inc. certifies that the records of the above municipal agency were examined on behalf of BETTER RESEARCH. The information reported above is true and accurate abstract of the information on file therein.  This report is submitted for information purposes only.  There are no intended third party beneficiaries.  No liability is assumed.

3597214          11858805


**County:** NEW YORK          **Search Date:** 8/10/2020

**Title/CoNo.:** BETTER  RANY-40759

**Address:** 60 WEST 91 STREET

**Block:** 1204
**Lot:** 54

## AIR RESOURCES SEARCH

A search of the records of the City of New York, Department of Environmental Protection, against the above captioned premises shows the following:

**Please see attached information.**

Municipal Data services Inc. certifies that the records of the above municipal agency were examined on behalf of BETTER RESEARCH.The information reported above is true and accurate abstract of the information on file therein.  This report is submitted for information purposes only.  There are no intended third party beneficiaries.  No liability is assumed.
00030.00

3597214      11858808



8/10/2020

Municipal Data Services
25Hyatt Street
Suite 301
Staten Island, NY  10301

*Vincent, Sapienza P.E.*
*Commissioner*

RE: Title Search Inquiry                    Letter Dated:    8/10/2020

Dear Applicant:

**Michael Gilsenan**
**Assistant Commissioner**
**Environmental Compliance**

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning or process equipment as specified in the Code without a valid Registration or Certificate of Operation.  If such equipment, although unknown to us exist, it is automatically in violation of the law.  This applies regardless to the information provided here in.

**59-17 Junction Boulevard**
**Records – 9th Floor**
**Flushing, NY  11373**

For the requested locations:    60 WEST 91 STREET                    **MANHATTAN**

The Bureau of Environmental Compliance Division of Air Engineering has searched its files regarding the above referenced premise(s) and has found that:

**Records are available, but there are no outstanding violations.**

If  there are any existing records or violations for the requested location, please see the attached documents.

For questions related to this finding, please contact us at catsfeedback@dep.nyc.gov or (718) 595-3855



Register with CATS
Login into CATS



**NYC DEP CATS Information**

| PREMISES: 60 WEST 91 STREET   MANHATTAN   BIN: 031614  BLOCK: 01204  LOT: 0054 | | | | |
|---|---|---|---|---|
| **Owner:** 60 91ST STREET CORP. - ATTN: KIM MORTIMER | **Application #:** CA460485 | **Type:** REGISTRATION - BOILER | **Expiration Date:** 7/1/2015 | |
| **Business Type:** NA | **Request Type:** Renewal - Boiler | **Status:** EXPIRED | **Submitted Date:** NA | **Decision Date:** 10/21/1985 |
| **Boiler Make / Model:** NATIONAL RADIATOR HEAT EXTRACTOR / NATIONAL RADIATOR HEAT EXTRACTOR | **Fuel Type 1:** NO2FUEL | **Fuel Type 2:** NONE | Heat Input (BTU/Hr.): 840000 | |
| **Burner Make / Model:** AUTO HEAT DX2F / AUTO HEAT DX2F | **Number of Identical Units:** 1 | | | |
| | | | | |

Standard N.Y.B.T.U. Form 8001 —Bargain and Sale Deed, without Covenant against Grantor's Acts—Individual or Corporation (Single Sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

AINC 2682 B

**THIS INDENTURE,** made the 26 day of September, nineteen hundred and 84

**BETWEEN** ANNE SOWELL

60 West 91st Street

New York, NY 10024

party of the first part, and

60 91ST STREET CORP., with offices at 60 West 91st Street, New York, New York

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly line of Ninety-First Street opposite the center of a party wall which point is distant two hundred and forty-one feet easterly from the corner formed by the intersection of the southerly line of Ninety-First Street with the easterly line of Columbus (formerly Ninth) Avenue; running thence southerly parallel with Columbus (formerly Ninth) Avenue and partly through said party wall, one hundred feet, eight and one-half inches to the center line of the block between Ninetieth and Ninety-First Streets; thence easterly along said center line of the block, twenty feet to the point opposite the center of another party wall; thence northerly parallel with Columbus (formerly Ninth) Avenue and partly through the said last mentioned party wall, one hundred feet, eight and one-half inches to the southerly line of Ninety-First Street and thence westerly along the southerly side of Ninety-First Street, twenty feet to the point or place of beginning.

Said premises being known as and by the street number 60 West 91st Street.

½ INT

BK 71204
Cat 7 54

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

In Presence of:

ANNE SOWELL BY SEDGWICK MORTIMER AS ATTORNEY IN FACT
ANNE SOWELL
Anne Sowell by SEDGWICK MORTIMER AS ATTORNEY IN FACT.

STATE OF NEW YORK, COUNTY OF *New York* ss:
On the 26 day of *Sept* 19*94*, before me
personally came *Sedgwick Mixture of*
*attorney in fact for Anne Small*

to me known to be the individual   described in and who
executed the foregoing instrument, and acknowledged that
executed the same.

*F A A Mello*
*02 ME 5032573*
*Exp 8/29/96*
*R 2nd;*
*P 03996*

*1 s*

27835

STATE OF NEW YORK, COUNTY OF   ss:
On the   day of   19   , before me
personally came

to me known to be the individual   described in and who
executed the foregoing instrument, and acknowledged that
executed the same.

STATE OF NEW YORK, COUNTY OF *New York* ss:
On the 26 day of *Sept* 19*94*, before me
personally came *Sedgwick Mixture*
to me known, who, being by me duly sworn, did depose and
say that   he resides at No. *22 West 69th St*
that   he is the *Vice President*
of *60 91st Street Corp*, the corporation described
in and which executed the foregoing instrument; that   he
knows the seal of said corporation; that the seal affixed
to said instrument is such corporate seal; that it was so
affixed by order of the board of directors of said corpora-
tion, and that   he signed h   name thereto by like order.

*F A R Mello*
*02 ME 5032573*
*Exp 8/28/96*

STATE OF NEW YORK, COUNTY OF   ss:
On the   day of   19   , before me
personally came
the subscribing witness to the foregoing instrument, with
whom I am personally acquainted, who, being by me duly
sworn, did depose and say that   he resides at No.

that   he knows

to be the individual
described in and who executed the foregoing instrument;
that   he, said subscribing witness, was present and saw
execute the same; and that   he, said witness,
at the same time subscribed h   name as witness thereto.

## Bargain and Sale Deed

### WITHOUT COVENANT AGAINST GRANTOR'S ACTS

TITLE NO. *AINC-21692B*

*Sowell, Anne*

TO

*60 91st Street Corp.*

SECTION
BLOCK *1204*
LOT *54*
COUNTY OR TOWN *New York*

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
SECURITY TITLE AND GUARANTY COMPANY
CHARTERED 1929  ST  IN NEW YORK

RETURN BY MAIL TO:

*Alan Weiner, Esq.*
*220 5th Avenue*
*New York, NY*   Zip No. *10001*

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

# CITY REGISTER RECORDING AND ENDORSEMENT PAGE
## - NEW YORK COUNTY -
### (This page forms part of the Instrument)

Block(s) 1204
Lot(s) 54
60 & 91st Street

Record & Return to: ALAN WEINER, Esq.
220 5th Avenue, New York NY 10001

Title/Agent Company name: ABSTRACTS, INCORPORATED
Title Company number: AEINC 2682 B

**OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE**

THE FOREGOING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

27836

Examined by (n): _____

Mtge Tax Serial No. _____

Mtge Amount ........ $ _____

Taxable Amount ___ $ _____

Exemption (✓)    YES ☐    NO ☐

Type: [399EE]  [2GS]  [OTHER ___]

Dwelling Type: [1 to 2] [3] [4 to 6] [OVER 6]

**TAX RECEIVED ON ABOVE MORTGAGE ▼**

County (basic) ........ $ _____
City (Add'l) ........ $ _____
Spec Add'l ........ $ _____
TASF _____ $ _____
MTA _____ $ _____
NYCTA _____ $ _____
TOTAL TAX _____ $ _____

Apportionment Mortgage (✓) YES ☐ NO ☐

Joy A. Bobrow, City Register

City Register Serial Number ⭢

Indexed By (n): _____    Verified By (n): IN

Block(s) and Lot(s) verified by (n): RC
Address _____    Tax Map _____ ☐
Extra Block(s) _____    Lot(s) _____

Recording Fee _____ $ 21
Affidavit Fee ....(O) $ _____
TP-584/582 Fee .(Y) $ _____
RPTT Fee ____ (R) $ R 20
HPD-A _____    HPD-C _____ ☐

**New York State Real Estate Transfer Tax ▼**
$ _____
Serial Number ⭢ 95 S 1360

**New York City Real Property Transfer Tax**
Serial Number ⭢ R 6257

**New York State Gains Tax**
Serial Number ⭢ _____



RECORDED IN NEW YORK COUNTY
OFFICE OF THE CITY REGISTER
1994 OCT 13 A 9:24

1994 OCT 13 A 9:24

Witness My Hand and Official Seal

City Register

$1.00 653543 CNRPT
$21.00 653542 DEED

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2011033101255001001E955E

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 4 |
|---|---|---|
| Document ID: 2011033101255001 | Document Date: 02-18-2011 | Preparation Date: 03-31-2011 |

Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| MAIN STREET TITLE AGENCY, INC.<br>190 MAIN STREET<br>SUITE 306<br>HACKENSACK, NJ 07601<br>201-457-3460<br>jcallirgos@mainsttitle.com MSN22695 (PICK UP RSR) | MAIN STREET TITLE AGENCY, INC.<br>190 MAIN STREET<br>SUITE 306<br>HACKENSACK, NJ 07601<br>201-457-3460<br>jcallirgos@mainsttitle.com MSN22695 (PICK UP RSR) |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1204 | 54 | Entire Lot | 60 WEST 91ST STREET |

Property Type: COMMERCIAL REAL ESTATE

## CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year____ Reel ___ Page ____ or File Number_____

## PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| YVONNE SOWELL<br>60 WEST 91ST STREET<br>NEW YORK, NY 10024 | 60 91ST STREET CORP.<br>60 WEST 91ST STREET<br>NEW YORK, NY 10024 |

## FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | |
| MTA: | $ | 0.00 | |
| NYCTA: | $ | 0.00 | |
| Additional MRT: | $ | 0.00 | |
| TOTAL: | $ | 0.00 | |
| Recording Fee: | $ | 52.00 | |
| Affidavit Fee: | $ | 0.00 | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed 10-07-2011 12:17
City Register File No.(CRFN):
**2011000355788**

*Annette M Hill*
**City Register Official Signature**

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 18 day of December *February* in the year 2010

BETWEEN NKA Yvonne Mortimer

Yvonne Sowell "as sole heir-at-law of" Arthur Sowell, having an address at 60 West 91st Street, New York, NY 10024

party of the first part, and 60 91st Street Corp., having an address at 60 West 91st Street, New York, NY 10024

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the
See Schedule A attached.

TOGETHER with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF

K. Mortimer

Yvonne Sowell "as sole heir-at-law of" Arthur Sowell
Now Known As Yvonne Mortimer

Yvonne Mortimer

**SEAL**

Margaretta Mendez
Notary Public State of New York
No. 02BA5003099
Qualified in Bronx County
Commission Expires January 31, 20__

1/2 WT

ALL that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate lying and being in the Borough of Manhattan, City, County of New York, in the State of New York, bounded and described as follows:

BEGINNING at a point on the southerly line of Ninety-First Street Opposite of the center of a party wall which point is distant two hundred and forty-one feet easterly from the corner formed by the intersection of the southerly line of Ninety-First Street with the easterly line of Columbus (formerly Ninth) Avenue;

RUNNING THENCE southerly parallel with Columbus (formerly Ninth) Avenue and partly through said party wall, one hundred feet, eight and one-half inches to the center line of the block between Ninetieth and Ninety-First Streets;

THENCE easterly along said center line of the block; twenty feet to the point opposite the center of another party wall;

THENCE northerly parallel with Columbus (formerly Ninth) Avenue and partly through the said last mentioned partly wall, one hundred feet, eight and one-half inches to the southerly line of Ninety-First Street and thence westerly along the southerly side of Ninety-First Street, twenty feet to the point or place of beginning.

Said premises being known being known as and by street number 60 West 91st Street.

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of *N* ss:

On the 16 day of May in the year 2011, before me, the undersigned, personally appeared *Yvonne Mortimer*

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*Efrain J. Gonzalez*
*Notary Public, State of NY*
*No. 01GO6170850*
*Qualified in Kings County*
*Comm Exp 7/23/11*

*01606 170850*

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE    *7/23/2011*

State of New York, County of       , ss:
On the       day of       in the year       , before me, the undersigned, a Notary Public in and for said State, personally appeared       , the

subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(If the place of residence is in a city, include the street and street number if any, thereof).

that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

**Quitclaim Deed**    **SEAL**

---

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of       , ss:

On the       day of       in the year       , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of       , County of       , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the       day of       in the year       , before me       the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

---

SECTION:
BLOCK: 1204
LOT 54
COUNTY OR TOWN: New York

Title No. *MSN 22695*
*Yvonne Mortimer*

*60 91st street Corporation*

MAIN STREET TITLE AGENCY
RETURN BY MAIL TO:
NEW YORK DEPARTMENT
190 MAIN STREET, SUITE 306
HACKENSACK, NJ 07601

**DISTRIBUTED BY**
YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

CR

1 2208 of 182

To all to whom these Presents, may come, Send Greeting

We, the undersigned owners of the lots on the north and south side of 91ˢᵗ (Ninety first) Street and south side of 92ⁿᵈ (Ninety second) Street between the 8ᵗʰ (Eighth) and 9ᵗʰ (Ninth) Avenues in the City of New York, in consideration of the mutual covenants hereinafter contained and of the sum of One Dollar by each to the other in hand paid the receipt whereof is hereby acknowledged do for ourselves our heirs executors administrators successors and assigns mutually covenant and agree that whenever the said lots owned by us respectively or any of them shall be improved the first buildings to be erected thereon shall be for private residences only X In Witness Whereof we have hereunto set our hands and seals this twelfth day of May 1888. Estate of Max Weil. Adm. Weil. Ex ⊙ Bernard Cohen ⊙ Geo. F. Johnson. ⊙ Dore Lyon. ⊙ Patrick Farley ⊙ Eli Martin ⊙ Sealed and delivered in the presence of, Geo. W. Stake. for Max Weil & Bernard Cohen. — Notary Public: Richmond Co. Cert. filed N.Y. Samuel Goedetecken as to Geo. F. Johnson. Notary Public. N.Y. Co. Sealed and signed & witnessed in presence of, Moses Barnett as to Dore Lyon. Notary Public. No 96. N.Y. Co: In presence of LeRoy Porter as to Eli Martin

State of New York, City and County of New York ss: On this 12 day of May 1888 before me personally came A. M. Weil. Ex of the estate of Max Weil and Bernard Cohen personally to me known and known to me to be the individuals described in and who executed the foregoing instrument and who thereupon acknowledged that they severally executed the same. Geo. W. Stake. Notary Public Richmond Co. Cert. filed N.Y. State of New York, City and County of New York ss. On this 9th day of March 1889 before me personally came Eli Martin personally to me known and known to me to be of the individuals described in & who executed the foregoing instrument and thereupon acknowledged that he executed the same. LeRoy Porter. Com of Deeds. N.Y. Co.

Recorded preceding at request of J. McDonald March, 9ᵗʰ 1889 at 2 oclock & 28 minutes ___

Witness my hand,

James J. Slevin

REEL 1696 PG 1872

NOTICE OF DESIGNATION
PURSUANT TO CHAPTER 21 SECTION 534
OF THE NEW YORK CITY CHARTER
AND
CHAPTER 3 OF TITLE 25 OF THE ADMINISTRATIVE CODE
OF THE CITY OF NEW YORK

TAKE NOTICE that pursuant to the provisions of Chapter 21
Section 534 of the New York City Charter and Chapter 3 of Title 25
of the Administrative Code of the City of New York, the Landmarks
Preservation Commission of the City of New York has designated as an
Historic District the blocks and lots hereafter enumerated and set
forth.

UPPER WEST SIDE/CENTRAL PARK WEST HISTORIC DISTRICT, MANHATTAN

The Upper West Side/Central Park West Historic District consists
of the property bounded by a line beginning at the southwest corner of
the intersection of Central Park West and West 96th Street, extending
southerly along the western curb line of Central Park West, westerly
along the northern curb line of West 62nd Street, northerly along the
western property line of 25 Central Park West, northerly across West
63rd Street, westerly along the northern curb line of West 63rd
Street, northerly and easterly along the western and northern property
lines of 13-15 West 63rd Street, northerly along part of the western
property line of 3-11 West 63rd Street, easterly along the southern
curb line of West 64th Street, northerly across West 64th Street,
northerly and easterly along the western and part of the northern
property lines of 41 Central Park West, northerly along the western
property line of 50 Central Park West, easterly along the southern
curb line of West 65th Street, northerly across West 65th Street,
northerly along the western property line of 51-53 Central Park West,
westerly and northerly along part of the southern and the western
property lines of 55 Central Park West, northerly across West 66th
Street, westerly along the northern curb line of West 66th Street,
northerly along part of the western building line of 8 West 67th
Street, westerly along the southern property line of 26-50 West 67th
Street, northerly along the western property line of 42-50 West 67th
Street, northerly across West 67th Street, westerly along the northern
curb line of West 67th Street, northerly along the western property
line of 39-41 West 67th Street, westerly along part of the southern
property line of 60-66 West 68th Street, westerly along the southern
property lines of 68-76 West 68th Street and 171-179 Columbus Avenue,
northerly along the eastern curb line of Columbus Avenue, northerly
across West 68th Street to the northeast corner of Columbus Avenue,
westerly across Columbus Avenue, westerly along the northern curb line
of West 68th Street, northerly along the western property lines of
180-188 Columbus Avenue, westerly along the southern property lines of
108-120 West 69th Street and the irregular southern property lines of
122-128 West 69th Street and 2016-2018 Broadway (as determined by the
City Surveyor's Map), northwesterly and northerly along the eastern
curb line of Broadway, northerly across West 72nd Street, northerly
along the eastern curb line of Amsterdam Avenue, easterly along the
southern curb line of West 77th Street, northerly across West 77th
Street, northerly and easterly along the western and part of the
northern property lines of 137 West 77th Street, northerly along the
western property lines of 156 146 and 136 West 78th Street, northerly
across West 78th Street, westerly along the northern curb line of West
78th Street, southerly across West 78th Street, southerly along the
eastern property lines of 371-375 Amsterdam Avenue, westerly along the
southern property line of 371 Amsterdam Avenue, northerly along the
eastern curb line of Amsterdam Avenue to the southeast corner of West
79th Street, westerly across Amsterdam Avenue, westerly along the
southern curb line of West 79th Street, southerly along the eastern
property line of 206 West 79th Street, westerly along the southern
property lines of 206-226 West 79th Street, northerly along the
western property line of 226 West 79th Street, northerly across West

REEL 1696 PG 1877

## Upper West Side/Central Park West Historic District

Block 1200: 1, 2, 4, 5, 8, 9, 10, 11, 15, 19
Block 1200: 23, 25, 31, 37, 38, 39, 40, 41, 42, 43
Block 1200: 45, 46, 47, 48, 49, 50, 51, 52, 53, 54
Block 1200: 55, 56, 57, 59, 60, 61, 62, 63, 64, 142
Block 1200: 146, 150, 151, 152, 161, 1001-1006

Block 1201: 1, 2, 3, 4, 5, 6, 8, 9, 10, 11
Block 1201: 12, 13, 14, 15, 16, 17, 18, 19, 20, 21
Block 1201: 22, 23, 27, 29, 34, 39, 40, 41, 42, 43
Block 1201: 44, 45, 46, 47, 48, 49, 50, 51, 52, 53
Block 1201: 54, 55, 56, 57, 58, 63, 110, 113, 117, 122
Block 1201: 126, 140, 147, 153, 156

Block 1202: 8, 9, 10, 11, 12, 13, 14, 15, 16, 17
Block 1202: 18, 19, 20, 21, 22, 23, 24, 25, 26, 29
Block 1202: 36, 40, 41, 42, 43, 44, 45, 46, 47, 48
Block 1202: 49, 50, 51, 52, 53, 54, 55, 56, 57, 58
Block 1202: 108, 112, 116, 121, 141, 145, 149, 153, 157, 1001-1039

Block 1203: 5, 6, 7, 8, 9, 10, 11, 12, 13, 15
Block 1203: 16, 17, 18, 19, 20, 21, 22, 23, 24, 25
Block 1203: 26, 27, 28, 29, 31, 33, 37, 38, 39, 40
Block 1203: 41, 42, 43, 44, 45, 46, 47, 48, 54, 55
Block 1203: 107, 109, 117, 121, 124, 127, 138, 142, 146, 150
Block 1203: 154

Block 1204: 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
Block 1204: 20, 21, 29, 48, 49, 50, 51, 52, 53, 54
Block 1204: 55, 56, 108, 109, 111, 120, 150, 153

Block 1205: 29, 34

Block 1206: 15, 16, 17, 20, 29, 32, 34

Block 1207: 29, 34, 40, 41, 42, 43, 44, 45, 46, 47
Block 1207: 48, 49, 50, 141, 142, 146, 149

Block 1208: 11, 12, 13, 14, 15, 16, 17, 18, 19, 20
Block 1208: 21, 22, 23, 24, 25, 26, 27, 29, 38, 39
Block 1208: 40, 41, 42, 43, 44, 45, 46, 47, 48, 49
Block 1208: 50, 51, 52, 114, 116, 117, 121, 124, 127, 137
Block 1208: 139, 142, 145, 148

Block 1209: 13, 14, 15, 16, 17, 18, 19, 20, 21, 22
Block 1209: 23, 24, 25, 26, 27, 28, 29, 30, 31, 32
Block 1209: 33, 37, 41, 42, 43, 44, 45, 46, 47, 48
Block 1209: 49, 51, 113, 116, 118, 120, 123, 126, 129, 142
Block 1209: 146, 148

Block 1210: 1, 4, 5, 9, 12, 15, 17, 19, 23, 24
Block 1210: 25, 26, 33, 37, 38, 39, 40, 41, 42, 43
Block 1210: 44, 45, 46, 47, 48, 49, 50, 51, 52, 53
Block 1210: 54, 55, 58, 108, 138, 142, 145, 149, 152, 1001-1150
Block 1210: 1201-1297

Block 1211: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10
Block 1211: 11, 12, 13, 14, 15, 16, 17, 18, 19, 20
Block 1211: 21, 22, 23, 24, 25, 26, 27, 28, 29, 31
Block 1211: 32, 33, 34, 37, 38, 39, 40, 41, 42, 43
Block 1211: 44, 45, 46, 47, 48, 49, 50, 52, 55, 56
Block 1211: 59, 61, 62, 63, 104, 116, 121, 135, 137, 142
Block 1211: 145, 148, 155

REEL 1696 PG 1879

TAKE FURTHER NOTICE that such designation was made at a duly constituted meeting of the Landmarks Preservation Commission held on:

April 24, 1990 [Designation List # 224, item 3 (LP-1647)]

DATED: New York,

LANDMARKS PRESERVATION COMMISSION

BY: *Joan Olshansky*
Joan R. Olshansky, Acting Executive Director

STATE OF NEW YORK)

COUNTY OF NEW YORK)

On the 14th day of May, 1990 before me personally came, Joan R. Olshansky to me known, who, being by me duly sworn, did depose and say that she resides at 510 East 86th Street, New York, New York, that she is the Acting Executive Director of the Landmarks Preservation Commission of The City of New York, described in and which executed the foregoing instrument and that she signed her name thereto at the direction of the said Commission.

*signature*

FRED W. DeLEON, JR.
Notary Public, State of New York
No. 24-4663 70
Qualified in Kings County
Certificate filed in New York County
Commission Expires May 27, 1990

| Key | Source | Index | Filed Date | Perfected Date | Block | Lot | Amount |
|---|---|---|---|---|---|---|---|
| 3100348514701 160608 | CT | 310000000019 | 06/14/16 | 02/05/16 | | | $1,755.31 |

**Debtor**    60 91ST STREET CORP 211 W 91 ST STE 55 NEW YORK NY

**Creditor**    NYC DEPARTMENT OF FINANCE 59 MAIDEN LANE NEW YORK NY 10038

**Attorney**    NYC DIRECTOR OF 59 MAIDEN LANE 28 FL. NEW YORK NY 100

**Comments**    061416-WARRANT # 00000000193856

| Key | Source | Index | Filed Date | Perfected Date | Block | Lot | Amount |
|---|---|---|---|---|---|---|---|
| 3100348585401 160608 | CT | 310000000019 | 06/14/16 | 02/05/16 | | | $2,273.42 |

**Debtor**    60 91ST STREET CORP 211 W 91 ST STE 55 NEW YORK NY

**Creditor**    NYC DEPARTMENT OF FINANCE 59 MAIDEN LANE NEW YORK NY 10038

**Attorney**    NYC DIRECTOR OF 59 MAIDEN LANE 28 FL. NEW YORK NY 100

**Comments**  061416-WARRANT # 00000000196959

| Key | Source | Index | Filed Date | Perfected Date | Block | Lot | Amount |
|---|---|---|---|---|---|---|---|
| 3100348604501 160608 | CT | 310000000019 | 06/14/16 | 02/05/16 | | | $1,865.47 |



**Debtor**    60 91ST STREET CORP 211 W 91 ST STE 55 NEW YORK NY

**Creditor**    NYC DEPARTMENT OF FINANCE 59 MAIDEN LANE NEW YORK NY 10038

**Attorney**    NYC DIRECTOR OF 59 MAIDEN LANE 28 FL. NEW YORK NY 100

**Comments**  061416-WARRANT # 00000000198084

| Key | Source | Index | Filed Date | Perfected Date | Block | Lot | Amount |
|---|---|---|---|---|---|---|---|
| 3100366376301 171025 | ST | 31E012445712 | 10/26/17 | 10/24/17 | | | $181.60 |



**Debtor**    60 91ST STREET CORP 60 W 91ST ST NEW YORK NY 10024

**Creditor**    NY STATE DEP'T OF TAXATION AND FINANCE 00000

| Key | Source | Index | Filed Date | Perfected Date | Block | Lot | Amount |
|---|---|---|---|---|---|---|---|
| 3100373817901 180606 | CT | 310000000024 | 06/12/18 | 05/24/18 | | | $55.73 |



**Debtor**    6091ST STREET CORPORATION 60 W 91ST ST NEW YORK NY 10024
            6091 STREET CORP 60 W 91ST ST NEW YORK NY 10024
            60 91 STREET CORP 60 W 91ST ST NEW YORK NY 10024

**Creditor**    NYC DEPARTMENT OF FINANCE 59 MAIDEN LANE NEW YORK NY 10038

**Attorney**    NYC DIRECTOR OF 59 MAIDEN LANE 28 FL. NEW YORK NY 100

**Comments**  061218-WARRANT # 00000000245611

**CC Environmental Control Board (4)** BOOK DATE 06/30/20



| Key | Docket | Debtor | Amount | Sat |
|---|---|---|---|---|
| 0203778181 | 11/18 | 60 91ST STREET CORP 60 WEST 91 STREET NEW YORK NY 10024 | $300.00 | |
| 0209118407 | 05/20 | 60 91ST STREET CORP 60 WEST 91 STREET NEW YORK NY 10024 | $300.00 | |
| 0210224659 | 06/20 | 60 91ST STREET CORP 60 WEST 91 STREET NEW YORK NY 10024 | $300.00 | |

| SEC/BLK/LOT | Type | Start | End | County | Returns | Run Date |
|---|---|---|---|---|---|---|
| 1204-54 | SIDEWALK LIENS | 6/1/1987 | 8/14/2020 | MANHATTAN | 1 | 8/18/2020 |

## 06 - SIDEWALK LIEN BOOK INQUIRY
### Request Judgment Copy

**CTRL NO:** 002664123 - 01                          **DEBTORS:** 01

**Docket Date:** 02/25/2010                          **TYPE:** SL - SIDEWALK LIEN
**EFFECTIVE DATE:** 02/25/2010  **ENDING:**          **COUNTY:** 31  NEW YORK (MANHATTAN)
**CLERK / SEQ #  :  STIMMONS   001**                 **COURT:**  NONE
**BLOCK:  01204 LOT:  00054**                        **INDEX NUMBER:** 82194

**DEBTOR**                                           **CREDITOR**

60 91St Street Corp                                  Nyc Department Of Transportation
60 WEST 91ST STREET                                  55 WATER STREET FL 4
NEW YORK NY                                          NY NY 10041

**AMOUNT:      .00 Judgment Status OPEN**

# NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2019022800464001001E8034

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

| Document ID: **2019022800464001** | Document Date: 02-28-2019 | Preparation Date: 02-28-2019 |
|---|---|---|
| Document Type: INITIAL UCC1 | | FIXTURE FILING |
| Document Page Count: 4 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| LIEN SOLUTIONS<br>330 N. BRAND BLVD STE 700<br>68732129AVH<br>GLENDALE, CA 91203<br>818-662-4100<br>UCCFILINGRETURN@WOLTERSKLUWER.COM | LIEN SOLUTIONS<br>330 N. BRAND BLVD STE 700<br>68732129AVH<br>GLENDALE, CA 91203<br>818-662-4100<br>UCCFILINGRETURN@WOLTERSKLUWER.COM |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1204 | 54 | Partial Lot | 60 WEST 91ST STREET |

**Property Type:** APARTMENT BUILDING

## CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page_____ or File Number_____

## PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| 60 WEST 91ST STREET<br>60 WEST 91ST STREET<br>NEW YORK, NY 10024 | APPROVED OIL CO<br>6717 4TH AVENUE<br>BROOKLYN, NY 11220 |

## FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 40.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

### RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK

Recorded/Filed 03-06-2019 15:08
City Register File No.(CRFN):
**2019000074584**

*Annette M Hill*

*City Register Official Signature*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone: (800) 331-3282 Fax: (818) 662-4141

B. SEND ACKNOWLEDGMENT TO: (Name and Address)    18984 - APPROVED OIL

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

68732129

NYNY
FIXTURE

File with: New York, NY

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 60 91ST STREET CORP. | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 60 WEST 91st STREET | | NEW YORK | NY | 10024 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION NY | 1g. ORGANIZATIONAL ID #, if any | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| APPROVED OIL CO | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 6717 4th AVENUE | | BROOKLYN | NY | 11220 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Fixtures: All Equipment now owned, or the ownership of which is hereafter acquired, by the Debtor, but not limited to, engines, devices for the operation of pumps, pipes, plumbing, cleaning, call and sprinkler systems, fire extinguishing apparatuses and equipment, heating, ventilating plumbing, laundry, incinerating, electrical, air conditioning and air cooling equipment and systems, gas and electric machinery, appurtenances and equipment, pollution control equipment, security systems, disposals, dishwashers, refrigerators and ranges, recreational equipment and facilities of all kinds, and water, gas, electrical, storm and sanitary sewer facilities, utility lines and equipment and all other utilities whether or not situated in casements, all water tanks, water supply, water power sites, fuel stations, fuel tanks, fuel supply, and all other structures, together with all accessions, appurtenances, additions, replacements, betterments and substitutions for any of the foregoing and the proceeds thereof Notwithstanding the foregoing.Fixtures: All Equipment now owned, or the ownership of which is hereafter acquired, by the Debtor, but not limited to, engines, devices for the operation of pumps, pipes, plumbing, cleaning, call and sprinkler systems, fire extinguishing apparatuses and equipment, heating, ventilating plumbing, laundry, incinerating, electrical, air conditioning and air cooling equipment and systems, gas and electric machinery, appurtenances and equipment, pollution control equipment, security systems, disposals, dishwashers, refrigerators and ranges, recreational equipment and facilities of all kinds, and water, gas, electrical, storm and sanitary sewer facilities, utility lines and equipment and all other utilities whether or not situated in casements, all water tanks, water supply, water power sites, fuel stations, fuel tanks, fuel supply, and all other structures, together with all accessions, appurtenances, additions, replacements, betterments and substitutions for any of the foregoing and the proceeds thereof Notwithstanding the foregoing.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
68732129          CF60W91

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| | 60 91ST STREET CORP. |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

| 10. MISCELLANEOUS: | 68732129-NY-61   18984 - APPROVED OIL |
|---|---|
| | APPROVED OIL CO |

File with: New York, NY      CF60W91                              THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| | 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. THIS FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

16. Additional Collateral description:

14. Description of real estate:

Section: .
Block: 1204
Lot: 54
Property Type: APARTMENT BUILDING

BEGINNING at a point on the southerly line of Ninety-First Street opposite of the center of a party wall which point is distant two hundred and forty-one feet easterly from the corner formed by the intersection of the southerly line of Ninety First Street with the

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decendent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| **60 91ST STREET CORP.** | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:** 68732129-NY-61 18984 - APPROVED OIL
APPROVED OIL CO

File with: New York, NY   CF60W91

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| | | | |
|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

**14. Description of real estate:**

easterly line of Columbus (formerly Ninth) avenue;

RUNNING THENCE southerly parallel with Columbus (formerly Ninth) Avenue and partly through said party wall, one hundred feet, eight and one half inches to the center line of the block between Ninetieth and Ninety-First Streets;

THENCE easterly along said center line of

**15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**16. Additional Collateral description:**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decendent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

**60 91ST STREET CORP.**

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS: 68732129-NY-61 18984 - APPROVED OIL
APPROVED OIL CO

File with: New York, NY    CF60W91      THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only _one_ name (11a or 11b) - do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADDL INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S **or** ☐ ASSIGNOR S/P'S NAME - insert only _one_ name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

16. Additional Collateral description:

14. Description of real estate:

the block; twenty feet to the point opposite
the center of another party wall;

THENCE northerly parallel with Columbus
(formerly Ninth) Avenue and partly through
the said last mentioned party wall, one
hundred feet, eight and one-half inches to
the southerly line of Ninety-First Street and
thence westerly along the southerly side of
Ninety-First Street, twenty feet to the point or
place of BEGINNING.

15. Name and address of a RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

17. Check _only_ if applicable and check _only_ one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decendent's Estate

18. Check _only_ if applicable and check _only_ one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/21/09)

# RIVERSIDE ABSTRACT, LLC
### As Agent for
### AMTRUST TITLE INSURANCE COMPANY

## CLEARANCE INFORMATION

Title No.: **RANY-40759**

THE FOLLOWING IS A LIST OF PLACES AND PHONE NUMBERS WHICH WILL FACILITATE CLEARING SOME OBJECTIONS RAISED IN THIS REPORT.  FOR ADDITIONAL INFORMATION CALL:

PARKING VIOLATIONS - A Satisfaction of Judgment must be obtained from the parking Violations Bureau located at any of the below addresses.  Said Satisfaction is then to be filed with the New York County Clerk's Office located at 60 Centre Street, New York, NY and upon paying an $8.00 fee they will issue a Certificate of Disposition.  In the alternative you can go to nyc.gov/finance and pay the amount due.  Please forward to our company a receipt of your payment in order for us to omit any PVB Objection.

**PVB HELP CENTERS:  (718)422-7800** - OPEN MONDAY THROUGH FRIDAY - 8:30 AM TO 7:00 PM
    MANHATTAN HELP CENTER - 1 Centre Street (1st Floor)
    BRONX HELP CENTER - 1400 Williamsbridge Road
    BROOKLYN HELP CENTER - 210 Joralemon Road
    QUEENS HELP CENTER - 89-61 162nd Street
    STATEN ISLAND HELP CENTER - 300 St. Marks Place

**NEW YORK STATE TAX COMMISSION LIENS -** For information regarding disposition and payments, please write:  Tax Compliance Division, PO Box 5149, Albany, NY 12205, or call (800)835-3554 or (800)452-0455.
WEB SITE:  www.tax.state.ny.us

**FEDERAL TAX LIENS** -For information regarding disposition and payments, please write:  The Internal Revenue Service, 290 Broadway, New York, NY or at 210 East Post Road, White Plains, NY 10601 or call (800)829-1040.  In Brooklyn, call (718)488-2818.  Upstate call (716)961-5305.  In New York City call (212)719-8276.
WEB SITE:  www.irs.gov

**CITY OF NEW YORK LIENS** - For information regarding disposition and payments, please write:  The Department of Finance, Bureau of Tax Collection, 345 Adams Street, 5th Floor, Brooklyn, NY 11201.
WEB SITE:  www.nyc.gov/finance

**HIGHWAY DEPARTMENT (sidewalk violations)** - For information regarding disposition and payments, please write: The Highway Department, 51 Chambers Street, New York NY 10007 or call (718)222-7233.

**ENVIRONMENTAL CONTROL LIENS** - For information regarding disposition and payments, please write:  The Environmental Control Board, 66 John Street, 10th Floor, New York, NY 10001 or call (212)361-1400.

**TRANSIT ADJUDICATION LIENS** - For information regarding disposition and payments, please write:  505 Fulton Street, 6th Floor, Brooklyn, NY 10201 or call (347)643-5800 or (718)330-3000 (Law Department).

**NEW YORK STATE COMMISSIONER:**  For information regarding dispositions and payments, please write:  NYS Department of Labor, Building 12, State Campus, Room 500, Albany, New York 12240 or call (518)457-2746.  WEB SITE: www.labor.state.ny.us

**INTEREST CLERK** - For interest on all outstanding taxes in the City of New York or questions regarding In-Rem, please write:  The City of New York, Department of Finance, 345 Adams Street, 5th Floor, Brooklyn, NY 11201, or call (718)935-6533.

**NEW YORK STATE DEPARTMENT OF TAX AND FINANCE:**  For the State of New York, From TP-584 must be completed along with the appropriate tax check (made payable to the NYS Department of Finance, and forwarded to : NYS Department of Taxation and Finance, PO Box 5045, Albany, NY 12205-5045 or call (518)485-6800 - WEB SITE: www.tax.state.ny.us

For Filing TP-584 for Co-Ops, forward to Department of Taxation and Finance, Miscellaneous Tax Insourcing Unit, W.A. Harrison Campus, Building 8, Room 600, Albany, NY 11228.

When the property is in the City of New York, The RPT must be completed along with the appropriate tax and made payable to NYC Department of Finance along with an additional check for $25.00 (made payable to the City Register) and forwarded to:  Department of Finance, 345 Adams Street, 5th Floor, Brooklyn, NY 11201.

# PRIVACY NOTICE 2
## Independent Agencies and Unaffiliated Escrow Agents

WHAT DOES RIVERSIDE ABSTRACT, LLC and AMTRUST TITLE INSURANCE COMPANY DO WITH YOUR PERSONAL INFORMATION?

Federal and applicable state law and regulations give consumers the right to limit some but not all sharing. Federal and applicable state law regulations also require us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand how we use your personal information. This privacy notice is distributed on behalf of Riverside Abstract, LLC and AMTrust Title Insurance Company, pursuant to Title V of the Gramm-Leach-Bliley Act (GLBA).

The types of personal information we collect and share depend on the project or service that you have sought through us. This information can include social security numbers and driver's license number.

All financial companies, such as companies engaged in banking, consumer finance, securities and insurance, need to share customer's personal information to run their everyday business – to process transactions and maintain customer accounts. In the section below, we list the reasons that we can share customers' personal information; the reasons that we choose to share; and whether you can limit this sharing.

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – to process your transactions and maintain your account. This may include running the business and managing customer accounts, such as processing transactions, mailing, and auditing services, and responding to court orders and legal investigations. | Yes | No |
| **For our marketing purposes** – to offer our products and services to you. | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences. Affiliates are companies related by common ownership or control. They can be financial and nonfinancial companies. | Yes | No |
| **For our affiliates' everyday business purposes** – information about your creditworthiness. | No | We don't share |
| **For our affiliates to market you** | Yes | No |
| **For nonaffiliates to market you.** Nonaffiliates are companies not related by common ownership or control. They can be financial or nonfinancial companies | No | We don't share |

We may disclose your personal information to our affiliates or to nonaffiliates as permitted by law. If you request a transaction with a nonaffiliated, such as a third party insurance company, we will disclose your personal information to that nonaffiliated. [We do not control their subsequent use of information, and suggest you refer to their privacy notices.]

| Sharing practices | |
|---|---|
| **How often does Riverside Abstract, LLC notify me about their practices?** | We must notify you about our sharing practices when you request a transaction. |
| **How does Riverside Abstract, LLC protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal and state law. These measures include computer, file, and building safeguards. |
| **How does Riverside Abstract, LLC collect my personal information?** | We collect your personal information, for example, when you<br>• Request insurance-related services<br>• Provide such information to us<br>We also collect your personal information from others, such as the real estate agent or lender involved in your transaction, credit reporting agencies, affiliates or other companies. |
| **What sharing can I limit?** | Although federal and state law give you the right to limit sharing (e.g., opt out) in certain instances, we do not share your personal information in those instances. |
| **Contact Us** | If you have any questions about this privacy notice, please contact us at (718) 252-4200. |