WHITE AND WILLIAMS LLP
Amy E. Vulpio, Esq.
James C. Vandermark, Esq.
7 Times Square, Suite 2900
New York, NY 10036
(212) 244-9500
vulpioa@whiteandwilliams.com
vandermarkj@whiteandwilliams.com

*Counsel to Heidi J. Sorvino, Esq.,*
 *as the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 60 91st Street Corp., <br>                       Debtor. | Case No. 20-10338 (SCC) |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that, on February 4, 2020 ("**Petition Date**"), 60 91st Street Corp. (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2020, the Bankruptcy Court entered an Order Approving the Appointment of the Chapter 11 Trustee, appointing Heidi J. Sorvino as the Chapter 11 Trustee ("**Chapter 11 Trustee**") of the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that, by Order entered on August 18, 2020, the Bankruptcy Court approved the retention of Rosewood Realty Group and Maltz Auctions, Inc. d/b/a Maltz Auctions as co-real estate brokers (the "**Brokers**") to sell substantially all of the Debtor's assets (the "**Assets**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to an Order entered on September 18, 2020 ("**Sale Procedures Order**"),[1] the Bankruptcy Court authorized an Auction for the sale of substantially all of the Assets.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Sale Procedure Order.

**PLEASE TAKE FURTHER NOTICE** that on December 4, 2020, the Chapter 11 Trustee filed the *Motion of the Chapter 11 Trustee Pursuant to Section 105, 363, and 502(c) of the Bankruptcy Code for Order (I) Estimating the Claim of 2386 Hempstead, Inc. and (II) Approving Selection of Stalking Horse Bidder, Break-Up Fee and Expense Reimbursement, and Related Relief in Connection with the Sale of Substantially All of the Debtor's Assets* [ECF No. 214] (the "**Stalking Horse Bidder Motion**"), whereby the Chapter 11 Trustee sought approval of a Purchase and Sale Agreement (the "PSA") entered into by the Chapter 11 Trustee and Pinetree Group, Inc. ("**PGI**"), whereby PGI would serve as the Stalking Horse Bidder at the Auction.

**PLEASE TAKE FURTHER NOTICE** that on December 8, 2020, the Bankruptcy Court held a hearing on the Stalking Horse Bidder Motion and approved PGI as the Stalking Horse Bidder.

**PLEASE TAKE FURTHER NOTICE** that the Auction authorized under the Sale Procedures Order was conducted on December 9, 2020, at 3:00 p.m. (prevailing Eastern Time) and the only Qualified Bidders at the Auction were PGI and the Lender.

**PLEASE TAKE FURTHER NOTICE** that the Auction opened with an initial bid as set forth in the PSA and that no other bids were received during the Auction; accordingly, PGI was named the Successful Bidder pursuant to the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed *Order Authorizing Sale of Substantially All Assets of the Debtor, Including Real Property, Pursuant to Bankruptcy Code §§ 105, 363, 365 and 1146 and Bankruptcy Rules 6004 and 6006* (the "**Proposed Sale Order**") and the *Declaration of Heidi J. Sorvino in Support of the Sale of Substantially All of Debtor's Assets* (the "**Sale Declaration**") are submitted herewith. The Proposed Sale Order and Sale Declaration are submitted in furtherance of the Sale of the Assets, which remain subject to final Court approval at the Sale Hearing.

| | |
|---|---|
| Dated: New York, New York | */s/ James C. Vandermark* |
| December 11, 2020 | James C. Vandermark |