EXHIBIT ____

# NYS Department of State

## Division of Corporations

**Informational Message**

The information contained in this database is current through December 8, 2017.

---

No business entities were found for 2386 Hempstead Inc..

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

**EXHIBIT**

# NYS Department of State

## Division of Corporations

### Informational Message

The information contained in this database is current through December 8, 2017.

---

No business entities were found for Tri Costal Abstract.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through December 8, 2017.

---

Selected Entity Name: ASAP CONSULTING USA INC.
Selected Entity Status Information

**Current Entity Name:** ASAP CONSULTING USA INC.
**DOS ID #:** 4037654
**Initial DOS Filing Date:** JANUARY 04, 2011
**County:** QUEENS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
KOKWEI LIM
5836 146TH STREET 1/FL
FLUSHING, NEW YORK, 11355

**Chief Executive Officer**
KOKWEI LIM
5836 146TH STREET 1/FL
FLUSHING, NEW YORK, 11355

**Principal Executive Office**
ASAP CONSULTING USA INC.
5836 146TH STREET 1/FL
FLUSHING, NEW YORK, 11355

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 02, 2009 | Actual | ASAP CONSULTING CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

EXHIBIT

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through December 8, 2017.

Selected Entity Name: INTRACOASTAL ABSTRACT CO. INC.
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | INTRACOASTAL ABSTRACT CO. INC. |
| DOS ID #: | 602881 |
| Initial DOS Filing Date: | DECEMBER 04, 1980 |
| County: | QUEENS |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC BUSINESS CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
DAVID GELBARD
31 STEWART ST
FLORAL PARK, NEW YORK, 11001-2910

**Chief Executive Officer**
CLIFFORD GELBARD
31 STEWART ST
FLORAL PARK, NEW YORK, 11001-2910

**Principal Executive Office**
INTRACOASTAL ABSTRACT CO. INC.
31 STEWART ST
FLORAL PARK, NEW YORK, 11001-2910

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or

directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 100000 | Par Value | .2 |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 08, 1981 | Actual | INTRACOASTAL ABSTRACT CO. INC. |
| DEC 04, 1980 | Actual | INTERCOASTAL ABSTRACT CO. INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS
Homepage  |  Contact Us

directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 04, 2011 | Actual | ASAP CONSULTING USA INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us